**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MIGUEL ANGEL TREVINO** )<br>**MORALES, et al.** )<br>)<br>**Defendant.** | <br><br><br><br>**CRIMINAL NO. A-12-CR-210 (3-7, 10,**<br>**11, 13, 14, 18, 19) SS** |

**UNITED STATES' NOTICE OF**
**BUSINESS RECORDS AFFIDAVIT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides notice of the following evidence that intends to be offered through a business records affidavit pursuant to Federal Rules of Evidence Rules 803(6) and 902(11). These records have been provided to the defense pursuant to Federal Rules of Evidence Rule 16 as noted with corresponding Bates Stamp and are also available for inspection. Business record affidavits are attached, and the government will provide any additional affidavits.

| RECORDS | BATES STAMP REFERENCE |
|---|---|
| AQHA Records | #16 & #61 |
| Schvaneveldt Horse Sales Rec | #23 & #61 |
| Pacific Coast Horse Sales Rec | #22 |
| Los Alamitos Horse Sales Rec | #21, #48 , #60 |
| Heritage Place | #13 & #59 |
| Ruidoso Sales | #14, # 55, #60 |
| Remington Park | #17 & #47 |
| Southwest Stallion Station (SSS) | #15 |
| Texas Horsemen Bookkeeper Rec | #19 |
| OK Racing Commission | #54 |
| Bank of America (Trevino/Tremor, 66 Land, Zule Farms) #5000, #1054, #7266, #4143, #0870, | #12, #26, & #55 |
| Bank of America (Paul Jones) #1428, #3197, #4275 | #7 |
| BOA - Felipe Quintero #6710, #1512, &, #9878 & LA Horses #9234 | #6 & #42 |
| BOA CC - Felipe Quintero | #9 |
| BOA - Huitron | #37 |
| BBVA Compass - Francisco Colorado Cessa #5560 | #20 |
| Bank of America - Heritage Place #9106 & #9568 | #17 |
| JP Chase - Gerardo Quintero #6298 | #52 |
| IBC - Arturo Gonzalez | #29 |
| IBC - Hector Sinoa Roldon Bengoa #9707 | #33 |
| IBC - Southwest Stallion Station #8844 | #39 |
| Wells Fargo - (Fernando Garcia) #6745, #1787, #8011, #5553, #1946 | #25 & #58 |
| WF - Victor Lopez #6061 & #4637 | #8 |
| WF - Sergio Rincon #7644 & 8833, & #0982 | #1 |
| WF - Desiree Princess Ranch LLC #1735 | #3 |
| WF - Carmina LLC #0199 & #9495 | #4 |
| WF - Poker Ranch LLC #0910 & #1743 | #5 |
| WF - Huitorn Homes/ Painting #6769 and 8341 | #41 |
| IBC - Santa Fe Roldan #3832 & #3357 | #58 |
| IBC Villarreal #8752 & #3357 | #31 & #58 |
| BOA LA Horses #9234 | #6 |
| UBS Colorado Cessa - WT641138, WT684575, WT684585, WT673021, WT684555, WT684565, CC #1008, CC #1016 | #44 & #56 |
| AMEX - Felipe Quintero | #42 |
| North American Specialty Insurance | #51 |

| | |
|---|---|
| Adolphus Hotel | #55 |
| Allen Fischer, CPA | #58 |
| Arian Jaff | #57 |
| Bank of America: Garcia #1093 #1077 | #58 |
| Burns Ranch | #58 |
| Capjet | #58 |
| Dee Brown, Inc | #58 |
| Eagle Bank (Huitron) | #55 |
| Eclipse Sale Co | #60- |
| Ernest & Young | #58 |
| Frost National Bank #6667(Colorado Cessa) | #58 |
| IBC Bank (Huitron) | #55 |
| IBC Bank (Roldan & Villarreal) #7248 & 8588 | #58 |
| Insured Aircraft Title Service | #55 |
| Interstate Equine Services, Inc. (Bloodstock) | #55 |
| Interstate Equine Services, Inc. (Trevino) | #55 |
| JP Morgan Chase (Edith Jonguitud) | #58 |
| Juan Aleman | #58 |
| Lakeshore Consortium | #58 |
| Lazy E Ranch | #61 |
| Legacy Ranch | #60 |
| Peggy's Tax Service & Bookkeeping | #58 & #61 |
| Prosperity Bank (Trevino) #2029965 | #55 |
| Rosendo Carranco & Lawson Ass | #55 |
| Southwest Airlines: SA International | #61 |
| Texas Racing Commission | #60 |
| Velocity Federal Credit Union (Huitorn) Acct 869514 | #58 |
| Wells Fargo ( Bonanza Racing) Acct # 4951 & #7334 | #55 |
| Wells Fargo (Nayen) Acct # 0199 and 9495 | #55 |
| Wells Fargo ( Raul Ramirez) #0545 | #61 |
| William Morschauser (Jaime Gomez) | #60 |
| William Thead Vessels Stallion Farm | #55 |
| Yearsley Bloodstock Insurance | #59 |
| Email   Accounts:    CD containing Hotmail accounts: adanfariasracing, ahaly_faces, anri2319, cabrera_armando, carlosnayen, fernie 0004, horses.quarter,racing, mr_cabrera, nayen_01, sergio_rincon72; CD containing Yahoo account: zule_farms; CD containing Gmail account: adanfarias1533, ffracingstables, miguel,almazan | BRA |
| Continental Airlines | #62 |
| AT&T and Sprint toll records on Fernando Garcia | BRA |

3

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By:   /s/ Michelle Fernald
MICHELLE E. FERNALD
Assistant U. S. Attorney
816 Congress Avenue, Ste. 1000
Austin, Texas   78701
Tel 512/916-5858
Fax 512/916-5854
State Bar No. 00796075

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3st day of April, 2013, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorney(s) of record, addressed to:

**David Finn**
Representing **Jose Trevino-Morales (3)**

**Richard Esper**
Representing **Eusevio Maldonado Huitron (11)**

**Gerry Montalvo**
Representing **Felipe Alejandro Quintero (13)**

**Dan Wannamaker**
Representing **Adan Farias (10)**

**Frank Rubin**
Representing **Carlos Miguel Nayen Borbolla (5)**

**Robert Harris**
Representing **Raul Ramirez (14)**

**Mike DeGuerin**
Representing **Francisco Antonio Colorado Cessa (6)**

**Thomas Brent Mayr**
Representing **Jesus Maldonado Huitron (18)**

**Guy Womack**
Representing **Fernando Solis Garcia (7)**

)

  /s/ Michelle Fernald
Michelle Fernald
Assistant U.S. Attorney

5