# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _California_ §

COUNTY OF _Orange_ §

BEFORE ME, the undersigned authority, personally appeared _Brenda Schvaneveldt Figueroa_ who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Brenda Schvaneveldt Figueroa_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Schvaneveldt Sale Co._, in the position of _Office manager_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are __355__ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   B. Were kept in the course of regularly conducted activity;

   C. Were made by the regularly conducted activity as a regular practice; and

   D. If not original records, are true and accurate duplicates of original records.

_Brenda Schvaneveldt Figueroa_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _27_ day of _March_, _2013_

date      month      year

_K. J. C._

**Notary Public**
State of _California_
Printed Name: _Young Sam Choi_

My commission expires on: _3/28/2016_

YOUNG SAM CHOI
COMM...1970829
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. March 28, 2016
BCT3

**Notary Stamp**

**23 & 55**

**B.R.A. #**

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF __California__        §
                              §
COUNTY OF __Orange__          §


BEFORE ME, the undersigned authority, personally appeared
_____Dino Perez_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is __Dino Perez_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with __Pacific Coast Quarter Horse__ in the position of __Business Manager_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___248_____ pages of original records or true and accurate copies of original records which:

    A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
    B. Were kept in the course of regularly conducted activity;
    C. Were made by the regularly conducted activity as a regular practice; and
    D. If not original records, are true and accurate duplicates of original records.


_____
AFFIANT


SWORN TO AND SUBSCRIBED before me on the __7TH__ day of __MARCH____, __2013__
                                          date          month        year

_____Anna T. Hamilton_____
Notary Public
State of ___CA___
Printed Name: __Anna T. Hamilton__

My commission expires on: __3/26/15__

ANNA T. HAMILTON
Commission No. 1930380
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires MARCH 26, 2015

NCC1    NCC1

Notary Stamp

                                          __22__
                                          G.J. B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF ___California___  §
  §
COUNTY OF ___Orange___  §

BEFORE ME, the undersigned authority, personally appeared ___Richard M. English___, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Richard M. English___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with ___Quarter Horse Racing Inc___, in the position of ___Chairman of the Board___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___917___ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the __27th__ day of __March__, __2013__
  date        month        year

_____
**Notary Public,**
**State of** ___California___
**Printed Name:** ___Anna T. Hamilton___

**My commission expires on:** ___3/26/15___

ANNA T. HAMILTON
Commission No. 1930380
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires MARCH 26, 2015
NCC1
NCC1

**Notary Stamp**

22

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Oklahoma_      §
                                       §

COUNTY OF _Oklahoma_    §

BEFORE ME, the undersigned authority, personally appeared
_Jeff B. Tebow_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Jeff B. Tebow_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Heritage Place, Inc._, in the position of _CFO_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are __2,531__ pages of original records or true and accurate copies of original records which:

     A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

     B. Were kept in the course of regularly conducted activity;

     C. Were made by the regularly conducted activity as a regular practice; and

     D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the __26th__ day of __March__, __2013__
                                                    date           month          year

_____
Notary Public
State of _Oklahoma_
Printed Name: _Kellie Thomas_

My commission expires on: __4-25-16__

**KELLIE THOMAS**
**NOTARY**
# 12003085
EXP. 04/25/16
**PUBLIC**
**STATE OF OKLAHOMA**

_____
**Notary Stamp**

                                                   **13 & 59**

_____
                                                   **B.R.A. #**

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF   New Mexico _____ §
                                   §
COUNTY OF  Lincoln _____   §

BEFORE ME, the undersigned authority, personally appeared <u>Curtis R Hilling</u>, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is <u>Curtis R Hilling</u>. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.
2. I am employed by and/or associated with <u>Ruidoso Downs Racing and the Ruidoso Horse Sales Company</u>, in the position of <u>VP of Finance</u>, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached hereto are <u>1,215</u> pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   
   B. Were kept in the course of regularly conducted activity;
   
   C. Were made by the regularly conducted activity as a regular practice; and
   
   D. If not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the <u>27th</u> day of ___<u>March</u>___, <u>20B</u>
                                            date              month          year

_____
Notary Public
State of <u>New Mexico</u>
Printed Name: <u>JEAN M STODDARD</u>

My commission expires on: <u>12-2-15</u>

OFFICIAL SEAL
Jean M Stoddard
NEW MEXICO
My Commission Expires
Notary Stamp  12-2-15

**14 & 55 & 60**

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF Oklahoma _____ §
§
COUNTY OF Oklahoma _____ §

BEFORE ME, the undersigned authority, personally appeared Scott Wells _____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is Scott Wells _____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.
2. I am employed by and/or associated with Global Gaming RP, LLC d/b/a Remington Park, in the position of President and General Manager, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached hereto are __126____ pages of original records or true and accurate copies of original records which:
   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   B. Were kept in the course of regularly conducted activity;
   C. Were made by the regularly conducted activity as a regular practice; and
   D. If not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the 27th _____ day of March, _____ 2013
date                                                  month                          year

_____
Notary Public
State of Oklahoma
Printed Name: Linda Howard-Madden

My commission expires on: _____

LINDA HOWARD-MADDEN
Notary Public
State of Oklahoma
Commission # 99018867  Expires 10/17/15

_____
Notary Stamp

**17 & 47**

_____
B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Travis_ §

BEFORE ME, the undersigned authority, personally appeared _Tyler Graham_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Tyler Graham_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Southwest Stallion Station_ in the position of _General Manager_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __1,132__ pages of original records or true and accurate copies of original records which:
   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   B. Were kept in the course of regularly conducted activity;
   C. Were made by the regularly conducted activity as a regular practice; and
   D. If not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _28_ day of _March_, _2013_
                                        date        month        year

_____
Notary Public
State of _Texas_
Printed Name: _Jennifer L. Monzingo_

My commission expires on: _July 21, 2015_

JENNIFER L. MONZINGO
Notary Public, State of Texas
My Commission Expires
July 21, 2015

_____
Notary Stamp

15

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF __Texas__      §
     §
COUNTY OF __Travis__      §


BEFORE ME, the undersigned authority, personally appeared __Christina Martin__, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is __Christina Martin__. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with __Texas Horsemen's Partnership__ in the position of __Assistant Controller__, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __101__ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.


_____
**AFFIANT**


SWORN TO AND SUBSCRIBED before me on the __27__ day of __March__, __2013__
    date      month      year

_____
Notary Public
State of __TX__
Printed Name: __Marsha Rountree__

My commission expires on: __6-2-13__

MARSHA D. ROUNTREE
MY COMMISSION EXPIRES
June 2, 2013

_____
**Notary Stamp**

**19**

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Oklahoma_      §

                          §

COUNTY OF _Oklahoma_      §

        BEFORE ME, the undersigned authority, personally appeared _Lisa Hanson_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Lisa Hanson_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Okla. Horse Racing Com._, in the position of _Licensing Supervisor_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ____9____ pages of original records or true and accurate copies of original records which:

         A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

         B. Were kept in the course of regularly conducted activity;

         C. Were made by the regularly conducted activity as a regular practice; and

         D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _11_ day of _March_, _2013_
                                    date         month         year

ROBIN HELT
Notary Public
State of Oklahoma
Commission # 08008169 Expires 08/18/16

_____
Notary Public
State of _Oklahoma_
Printed Name: _Robin Helt_

My commission expires on: _8/18/2013_
_Commission # 08008169_

**Notary Stamp**

                                                  _54_
                                                 B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Oklahoma_     §
                                §
COUNTY OF _Oklahoma_     §

         BEFORE ME, the undersigned authority, personally appeared _Tara Teel_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Tara Teel_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Okla. Horse Racing Com._, in the position of _Oklahoma Bred Registrar_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are _176_ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

_Tara Teel_

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _11_ day of _March_, _2013_
                                     date        month        year

_Robin Helt_
Notary Public
State of _Oklahoma_
Printed Name: _Robin Helt_

ROBIN HELT
Notary Public
State of Oklahoma
Commission # 08008169  Expires 08/18/16

**Notary Stamp**

My commission expires on: _8/18/2016_
_Commission Number 08008169_

                                 _54_
                               B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Tarrant_ §

BEFORE ME, the undersigned authority, personally appeared _Carrie Walker_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _CARRIE WALKER_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.
2. I am employed by and/or associated with _Eclipse Sales Company_, in the position of _Administrative Assistant_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached hereto are __75_____ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _27_ day of _March_____, _2013_
          day        month          year

_____
**Notary Public**
State of _Texas_____
Printed Name: _Teresa Crawley_____

My commission expires on: _July 27, 2013_

TERESA CRAWLEY
Notary Public, State of Texas
My Commission Expires
July 27, 2013

_____
**Notary Stamp**

60

B.R.A. #

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _TEXAS_      §
                                      §

COUNTY OF _TARRANT_      §

         BEFORE ME, the undersigned authority, personally appeared _Carrie Lynn Walker_, who, being by me duly sworn and upon his/her oath, stated as follows:

         1.      My name is _Carrie Lynn Walker_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

         2.      I am employed by and/or associated with _Eclipse Sales Company_, in the position of _administrative assistant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

         3.      Attached hereto ~~are~~ _is a flashdrive_ _____ ~~pages of~~ original records or true and accurate copies of original records which:

              a.      were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

              b.      were kept in the course of regularly conducted activity;

              c.      were made by the regularly conducted activity as a regular practice; and

              d.      if not original records, are true and accurate duplicates of original records.

                                            _Carrie Lynn Walker_
                                            AFFIANT

SWORN TO AND SUBSCRIBED before me on the _6th_ day of _MARCH_, _2013_.
                                       date              month           year

                               _Katherine Stevens_
                               Notary Public
                               State of _TEXAS_

KATHERINE STEVENS
Notary Public, State of Texas
My Commission Expires
February 08, 2014

                               Printed Name: _KATHERINE STEVENS_

                               My commission expires on: _2|8|14_

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _California_      §
                              §

COUNTY OF _Riverside_     §

BEFORE ME, the undersigned authority, personally appeared
___Stephen D. Burns___, who, being by me duly sworn and upon his/her oath, stated as
follows:

1. My name is ___Stephen D. Burns___. I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with ___Burns Ranch, Inc___, in the
position of ___owner___, and by reason of my position
am authorized and qualified to make this declaration, either as custodian of records or
otherwise.

3. Attached herto are __157__ pages of original records or true and accurate copies of
original records which:

     A. Were made at or near the time of the occurrence of the matters set
forth therein by, or from information transmitted by, a person with
knowledge of those matters;

     B. Were kept in the course of regularly conducted activity;

     C. Were made by the regularly conducted activity as a regular practice;
and

     D. If not original records, are true and accurate duplicates of original
records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _28_ day of _March_, _2013_

_Proved to me on the basis of satisfactory evidence to be the person who appeared before me_

L. C. ALLSUP
COMM. #1933165
Notary Public - California
Riverside County
My Comm. Expires Apr. 18, 2015

_L. C. Allsup_
Notary Public
State of _California_
Printed Name: _L. C. Allsup_

My commission expires on: _04/18/2015_

_____
Notary Stamp

**58**

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Oklahoma_ §
§
COUNTY OF _Logan_ §

BEFORE ME, the undersigned authority, personally appeared
_Lacey Wimsey_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Lacey Wimsey_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Lazy E Ranch LLC_, in the position of _Bookkeeping/record Keeper_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___947___ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   B. Were kept in the course of regularly conducted activity;
   C. Were made by the regularly conducted activity as a regular practice; and
   D. If not original records, are true and accurate duplicates of original records.

_Lacey Wimsey_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _26_ day of _March_, _2013_
date          month          year

_Janice G. Clymer_
Notary Public
State of _Oklahoma_
Printed Name: _Janice G. Clymer_

My commission expires on: _2/1/17_

JANICE G. CLYMER
Notary Public
State of Oklahoma
Commission # 13001117
My Commission Expires Feb 1, 2017

Notary Stamp

_13001117_
B.R.A. #

61

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF CALIFORNIA      §
                                      §

COUNTY OF SAN JOAQUIN    §

       BEFORE ME, the undersigned authority, personally appeared Blaine Shaun Hadley, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is Blaine Shaun Hadley. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.
2. I am employed by and/or associated with Legacy Ranch, Inc., in the position of Ranch Manager, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached hereto are __21_____ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   
   B. Were kept in the course of regularly conducted activity;
   
   C. Were made by the regularly conducted activity as a regular practice; and
   
   D. If not original records, are true and accurate duplicates of original records.


_____
**AFFIANT**

**SWORN TO AND SUBSCRIBED before me on the** 27th **day of** March **,** 2013
                                                date               month          year

_____
**Notary Public**
**State of** California
**Printed Name:** Cindy Witt

**My commission expires on:** 1-15-14

CINDY WITT
COMM. # 1876944
NOTARY PUBLIC-CALIFORNIA
CALAVERAS COUNTY
My Comm. Exp. JAN. 15, 2014

_____
**Notary Stamp**

60

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _CALIFORNIA_     §
                         §
COUNTY OF _Riverside_     §

BEFORE ME, the undersigned authority, personally appeared _Joyce S. Jones_ _____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Joyce S. Jones_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Paul Jones Reptile Sta_le_s Inc_, in the position of _Secretary / Bookkeeper_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are ___228___ pages of original records or true and accurate copies of original records which:

    A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

    B. Were kept in the course of regularly conducted activity;

    C. Were made by the regularly conducted activity as a regular practice; and

    D. If not original records, are true and accurate duplicates of original records.

_Joyce S. Jones_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _28th_ day of _March_, _2013_
                                   date           month          year

_Arlene Lois Wakelin_
**Notary Public**
State of _California_
Printed Name: _Arlene Lois Wakelin_

My commission expires on: _Nov. 11, 2014_

ARLENE LOIS WAKELIN
Commission # 1909689
Notary Public - California
Riverside County
My Comm. Expires Nov 11, 2014

**Notary Stamp**

38

B.R.A. #

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _CALIFORNIA_     §
                                     §

COUNTY OF _San Diego_     §

        BEFORE ME, the undersigned authority, personally appeared
_Deborah Kempe_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Deborah Kempe___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Vessels Stallion Farm LLC_, in the position of ___Controller___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __123__ pages of original records or true and accurate copies of original records which:

          A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

          B. Were kept in the course of regularly conducted activity;

          C. Were made by the regularly conducted activity as a regular practice; and

          D. If not original records, are true and accurate duplicates of original records.

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the __26__ day of __Mar__, __2013__
                                             date                 month             year

OFFICIAL SEAL
SETH ESSENFELD
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1877924
SAN DIEGO COUNTY
MY COMM. EXP. FEB. 20, 2014

**Notary Public**
State of _CA_
Printed Name: _Seth Essenfeld_

My commission expires on: _Feb 20, 2014_

___Notary Stamp___

**55**

B.R.A. #

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_  §
§
COUNTY OF _Wharton_  §

BEFORE ME, the undersigned authority, personally appeared
_____ **SHARON JOHNSON** _____, who, being by me duly sworn and upon
his/her oath, stated as follows:

1.  My name is _____ **SHARON JOHNSON** _____. I am of sound mind,
capable of making this affidavit, and personally acquainted with the facts herein stated.

2.  I am employed by and/or associated with **Prosperity Bank**,
in the position of _Research Analyst_, and by reason of my
position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3.  Attached hereto are _177_ pages of original records or true and accurate copies of
original records which:

> a.  were made at or near the time of the occurrence of the matters set forth therein
> by, or from information transmitted by, a person with knowledge of those
> matters;
>
> b.  were kept in the course of regularly conducted activity;
>
> c.  were made by the regularly conducted activity as a regular practice; and
>
> d.  if not original records, are true and accurate duplicates of original records.

_Sharon Johnson_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _13_ day of _September_, _2012_.
　　　　　　　　　　　　　　　　　　　　　　　　　 date　　　　　 month　　　　　 year

_Brenda Socha_
Notary Public
State of _Texas_

BRENDA SOCHA
Notary Public, State of Texas
My Commission Expires
NOVEMBER 22, 2015

Printed Name: **Brenda Socha**

My commission expires on: _11/22/2015_

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Travis_ §

BEFORE ME, the undersigned authority, personally appeared _Krista Chaffin_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___174___ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   
   B. Were kept in the course of regularly conducted activity;
   
   C. Were made by the regularly conducted activity as a regular practice; and
   
   D. If not original records, are true and accurate duplicates of original records.

_Krista Chaffin_

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _2nd_ day of _April_, _2013_
date          month         year

**Notary Public**
**State of** _Texas_
**Printed Name:** _Rachel Mercado_

**My commission expires on:** _12/20/13_

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

4

_____
**B.R.A. #**

CARMINA #0199 & #9495

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF ___Texas___ §

§

COUNTY OF ___Bexar___ §

      BEFORE ME, the undersigned authority, personally appeared ___Rosemary Petry___, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Rosemary Petry___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with ___Frost Bank___, in the position of ___AVP Loss Prevention___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___275___ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

___Rosemary Petry___

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the ___2nd___ day of ___April___, ___2013___

                       date            month         year

JENNIFER CORTEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-15-2017

Notary Public
State of ___Texas___
Printed Name: ___Jennifer Cortez___

My commission expires on: ___4-15-2017___

**Notary Stamp**

**30**

**B.R.A. #**

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_      §
                            §

COUNTY OF _Travis_     §

BEFORE ME, the undersigned authority, personally appeared
_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are __549__ pages of original records or true and accurate copies of original records which:

     A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

     B. Were kept in the course of regularly conducted activity;

     C. Were made by the regularly conducted activity as a regular practice; and

     D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _2nd_ day of _April_, _2013_
                                           **date**            **month**          **year**

_Rachel Mercado Rachel Merc_
**Notary Public**
**State of** _Texas_
**Printed Name:** _Rachel Mercado_

**My commission expires on:** _12/20/13_

```
**********
RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013
```

**Notary Stamp**

58

_____
**B.R.A. #**

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Travis_ §

BEFORE ME, the undersigned authority, personally appeared _Krista Chaffin_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __84__ pages of original records or true and accurate copies of original records which:
    A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
    B. Were kept in the course of regularly conducted activity;
    C. Were made by the regularly conducted activity as a regular practice; and
    D. If not original records, are true and accurate duplicates of original records.

_Krista Chaffin_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _3rd_ day of _April_, _2013_
     date    month   year

_Rachel Mercado_
Notary Public
State of _Texas_
Printed Name: _Rachel Mercado_

My commission expires on: _12 20 13_

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

8

_____
B.R.A. #

LOPEZ #4637

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Travis_ §

BEFORE ME, the undersigned authority, personally appeared _Krista Chaffin_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are __227__ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   B. Were kept in the course of regularly conducted activity;

   C. Were made by the regularly conducted activity as a regular practice; and

   D. If not original records, are true and accurate duplicates of original records.

_Krista Chaff_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _2nd_ day of _April_, _2013_
        **date**         **month**       **year**

_Rachel_
**Notary Public**
**State of** _Texas_
**Printed Name:** _Rachel Mercado_

**My commission expires on:** _12/20/13_

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

1

**B.R.A. #**

RINCON (#7644 & #8833)
(#0982 & #3150)

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Travis_ §

BEFORE ME, the undersigned authority, personally appeared
_Krista Chaffin_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are __369__ pages of original records or true and accurate copies of original records which:

    A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

    B. Were kept in the course of regularly conducted activity;

    C. Were made by the regularly conducted activity as a regular practice; and

    D. If not original records, are true and accurate duplicates of original records.

_[signature]_

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the __2nd__ day of __April__, __2013__
                                      date           month           year

_[signature]_

**Notary Public**
**State of** _Texas_
**Printed Name:** _Rachel Mercado_

**My commission expires on:** _12/20/13_

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

61
_____
**B.R.A. #**

RAMIREZ #0545

# AFFIDAVIT

## Case No.:  2010R19356:11-3:22, DG-12-0007

Samnang Yim , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3.  I am a Document Review Specialist  and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, IN.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records totaling 55 page(s), were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: *September 21, 2012*

By: *San Yim*

Samnang Yim
Document Review Specialist

NATIONAL SUBPOENA PROCESSING

Sworn to before me this *21* day of *September*, 20*12*

*Cathy Johnson*
Notary Public

CATHY JO JOHNSON
Notary Public, State of Indiana
County of Hendricks
My Commission Expires Apr. 3, 2013

52

G. QUINTERO #6298

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF ___Texas___                          §
                                               §
COUNTY OF ___Webb___                           §

      BEFORE      ME,      the      undersigned      authority,      personally      appeared
___Carlos Ramirez_____, who, being by me duly sworn and upon
his/her oath, stated as follows:

      1.    My name is ___Carlos Ramirez_____. I am of sound mind,
capable of making this affidavit, and personally acquainted with the facts herein stated.

      2.    I am employed by and/or associated with ___International Bank of Commerce___, in
the position of ___Litigation Officer_____, and by reason of my
position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

      3.    Attached hereto are ___87___ pages of original records or true and accurate copies of
original records which:

          a.    were made at or near the time of the occurrence of the matters set forth therein by,
or from information transmitted by, a person with knowledge of those matters;

          b.    were kept in the course of regularly conducted activity;

          c.    were made by the regularly conducted activity as a regular practice; and

          d.    if not original records, are true and accurate duplicates of original records.

                                   _[signature]_
                                   **AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _3_ day of _May_, _2012_.

VALERIE MEDINA
Notary Public
State of Texas
My Comm. Exp. 04-06-2015

                           _[signature]_
                           Notary Public
                           State of _Texas_
                           Printed Name: _Valerie Medina_
                           My commission expires on: _4-6-15_

**33**

ROLDAN #9707

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_

COUNTY OF _Webb_ §

§

§

BEFORE ME, the undersigned authority, personally appeared _Carlos Ramirez_, who, being by me duly sworn and upon his/her oath, stated as follows:

1.  My name is _Carlos Ramirez_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2.  I am employed by and/or associated with _IBC_, in the position of _Litigation Officer_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3.  Attached hereto are _13_ pages of original records or true and accurate copies of original records which:

   a.  were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   b.  were kept in the course of regularly conducted activity;

   c.  were made by the regularly conducted activity as a regular practice; and

   d.  if not original records, are true and accurate duplicates of original records.

_Carlos Ramirez_
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _21_ day of _May_ , _2012_ .

date

_month_

_year_

VALERIE MEDINA
Notary Public
State of Texas
My Comm. Exp. 04-06-2015

_Valerie M._
Notary Public
State of _Texas_

Printed Name: _Valerie Medina_

My commission expires on: _4-6-15_

39

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_  §

§

COUNTY OF _Travis_  §

BEFORE ME, the undersigned authority, personally appeared _Krista Chaffin_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Krista Chaffin_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with _Wells Fargo Bank_, in the position of _Market Support Consultant_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __95__ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

_Krista Chaffin_

**AFFIANT**

**SWORN TO AND SUBSCRIBED** before me on the ___2nd___ day of ___April___, ___2013___

**date**      **month**      **year**

**Notary Public**
**State of** _Texas_
**Printed Name:** _Rachel Mercado_

**My commission expires on:** _12|20|13_

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

3

_____
**B.R.A. #**

DESIREE #1735

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF ___Texas___ §
§
COUNTY OF ___Travis___ §

BEFORE ME, the undersigned authority, personally appeared ___Krista Chaffin___, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Krista Chaffin___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with ___Wells Fargo Bank___, in the position of ___Market Support Consultant___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___102___ pages of original records or true and accurate copies of original records which:

   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   B. Were kept in the course of regularly conducted activity;

   C. Were made by the regularly conducted activity as a regular practice; and

   D. If not original records, are true and accurate duplicates of original records.

**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the ___2nd___ day of ___April___, ___2013___
   date          month          year

Notary Public
State of ___Texas___
Printed Name: ___Rachel Mercado___

My commission expires on: ___12 | 20 | 13___

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

5

_____
B.R.A. #

POKER #0910 & #1743

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF ___Texas___ §
§
COUNTY OF ___Travis___ §

BEFORE ME, the undersigned authority, personally appeared ___Krista Chaffin___, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Krista Chaffin___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with ___Wells Fargo Bank___, in the position of ___Market Support Consultant___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___28___ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.


_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the ___3rd___ day of ___April___, ___2013___
           date              month          year

_____
Notary Public
State of ___Texas___
Printed Name: ___Rachel Mercado___

My commission expires on: ___12/20/13___

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

_____
Notary Stamp

- 55
_____
B.R.A. #

BONANZA #4951 & #7334

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF ___Texas___ §
§
COUNTY OF ___Travis___ §

BEFORE ME, the undersigned authority, personally appeared
_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is ___Krista Chaffin___. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.

2. I am employed by and/or associated with ___Wells Fargo Bank___, in the position of ___Market Support Consultant___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached herto are ___1428___ pages of original records or true and accurate copies of original records which:

    A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

    B. Were kept in the course of regularly conducted activity;

    C. Were made by the regularly conducted activity as a regular practice; and

    D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the ___2nd___ day of ___April___, ___2013___

           date           month           year

_____
**Notary Public**
**State of** ___Texas___
**Printed Name:** ___Rachel Mercado___

**My commission expires on:** ___12/20/13___

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

41

_____

**B.R.A. #**

HUITRON (#6769 & #8341)

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF __Texas__      §

                            §

COUNTY OF __Travis__     §

     BEFORE ME, the undersigned authority, personally appeared __Krista Chaffin__, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is __Krista Chaffin__. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with __Wells Fargo Bank__, in the position of __Market Support Consultant__, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __117__ pages of original records or true and accurate copies of original records which:
   A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   B. Were kept in the course of regularly conducted activity;
   C. Were made by the regularly conducted activity as a regular practice; and
   D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the __2nd__ day of __April__, __2013__

                                       __date__      __month__      __year__

_____
**Notary Public**
**State of** __Texas__
**Printed Name:** __Rachel Mercado__

**My commission expires on:** __12/20/13__

```
RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013
```

**Notary Stamp**

62

_____
**B.R.A. #**

CAMACHO (#9754 & #5597)

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF __Texas__ §
§
COUNTY OF __Travis__ §

BEFORE ME, the undersigned authority, personally appeared __Krista Chaffin__, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is __Krista Chaffin__. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with __Wells Fargo Bank__, in the position of __Market Support Consultant__, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are __95__ pages of original records or true and accurate copies of original records which:
   - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
   - B. Were kept in the course of regularly conducted activity;
   - C. Were made by the regularly conducted activity as a regular practice; and
   - D. If not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the __2nd__ day of __April__, __2013__
date          month          year

_____
Notary Public
State of __Texas__
Printed Name: __Rachel Mercado__

My commission expires on: __12 / 20 / 13__

RACHEL MERCADO
MY COMMISSION EXPIRES
December 20, 2013

**Notary Stamp**

62
_____
B.R.A. #

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_       §
                                 §

COUNTY OF _Webb_       §

        BEFORE ME, the undersigned authority, personally appeared _Carlos Ramirez_ _____, who, being by me duly sworn and upon his/her oath, stated as follows:

        1.     My name is _____ _Carlos Ramirez_ _____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

        2.     I am employed by and/or associated with _International Bank of Commerce_ , in the position of _____ _Litigation Officer_ _____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

        3.     Attached hereto are _85_ pages of original records or true and accurate copies of original records which:

               a.     were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

               b.     were kept in the course of regularly conducted activity;

               c.     were made by the regularly conducted activity as a regular practice; and

               d.     if not original records, are true and accurate duplicates of original records.

                                          _(signature)_
                             **AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _3_ day of _May_ , _2012_ .

                                    _(signature)_

VALERIE MEDINA
Notary Public
State of Texas
My Comm. Exp. 04-06-2015

                                    Notary Public
                                    State of _Texas_

                                    Printed Name: _Valerie Medina_

                                    My commission expires on: _4-6-15_

JOSE VILLARREAL
GUADARDO
# BRA 31
EX 273
ACCOUNT 8752

**31**

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF *Texas*       §
§
COUNTY OF *Dallas*       §

      BEFORE ME, the undersigned authority, personally appeared
_____, who, being by me duly sworn and upon his/her oath, stated as follows:

      1.      My name is _____*Kevin Henry*_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

      2.      I am employed by and/or associated with *the Adolphus Hotel*, in the position of *Resident Manager*, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

      3.      Attached hereto are *38* pages of original records or true and accurate copies of original records which:

           a.      were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

           b.      were kept in the course of regularly conducted activity;

           c.      were made by the regularly conducted activity as a regular practice; and

           d.      if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the *12th* day of *September*, *2012*.
                                            date                   month           year

_____
Notary Public
State of *Texas*

Printed Name: *Drake Allen Odgers*

My commission expires on: *4-15-2014*

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF __Oklahoma__     §
                                      §

COUNTY OF __McClain__     §

      BEFORE ME, the undersigned authority, personally appeared __James B. Blevins, Jr._____, who, being by me duly sworn and upon his/her oath, stated as follows:

      1.     My name is __James B. Blevins, Jr._____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

      2.     I am employed by and/or associated with __American Abstract Co._____, in the position of __President_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

      3.     Attached hereto are __147__ pages of original records or true and accurate copies of original records which:

           a.     were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

           b.     were kept in the course of regularly conducted activity;

           c.     were made by the regularly conducted activity as a regular practice; and

           d.     if not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _12th_ day of __October__, _2012_.
                                           *date*              *month*          *year*

_____
Notary Public
State of __OKLAhoma__

Printed Name: __Rhonda Stermer__

My commission expires on: __3-19-14__

OFFICIAL SEAL
RHONDA STERMER
Commission # 10002319
IN AND FOR STATE OF OKLAHOMA
Expires March 19, 2014

58

# CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

STATE OF _TEXAS_       §

                             §

COUNTY OF _TRAVIS_       §

BEFORE ME, the undersigned authority, personally appeared
_Arian Jaff_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Arian Jaff_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herin stated.
2. I am employed by and/or associated with ~~BBB~~ _Quick loans_, in the position of _Owner_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.
3. Attached herto are ___129___ pages of original records or true and accurate copies of original records which:
    - A. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
    - B. Were kept in the course of regularly conducted activity;
    - C. Were made by the regularly conducted activity as a regular practice; and
    - D. If not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _22_ day of _MARCH_, _2013_
                                    date           month          year

_____
Notary Public
State of _TEXAS_
Printed Name: _Rocio Rodriguez_

My commission expires on: _6·2·2015_

ROCIO I. RODRIGUEZ
Notary Public, State of Texas
Commission Expires 06-02-2015

**Notary Stamp**

_____57_____
**T.S. B.R.A. #**

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Harris_ §

BEFORE ME, the undersigned authority, personally appeared _Mary Carleton_ _____, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Mary Carleton_ _____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am employed by and/or associated with _CAPJET_ _____, in the position of _scheduler of flights_ _____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached hereto are _22_ pages of original records or true and accurate copies of original records which:

   a. were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   b. were kept in the course of regularly conducted activity;

   c. were made by the regularly conducted activity as a regular practice; and

   d. if not original records, are true and accurate duplicates of original records.

_Mary Carleton_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _31_ day of _January_, _2013_
                                                     date            month            year

_Linda S Martin_
Notary Public
State of _Texas_

Printed Name: _Linda Gray Martin_

My commission expires on: _6/16/2013_

LINDA GRAY MARTIN
Notary Public, State of Texas
My Commission Expires
June 16, 2013

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF *New York*                  §

COUNTY OF *New York*              §
                                                   §

BEFORE ME, the undersigned authority, personally appeared *Sylvester R. DeLitto*_____, who, being by me duly sworn and upon his/her oath, stated as follows:

1.     My name is *Sylvester R. DeLitto*_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2.     I am employed by and/or associated with *Ernst + Young LLP*, in the position of _____*Subpoena Compliance Manager*, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3.     Attached hereto are *157* pages of original records or true and accurate copies of original records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted activity;

    c.    were made by the regularly conducted activity as a regular practice; and

    d.    if not original records, are true and accurate duplicates of original records.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the *5th* day of *October, 2012*.
                                                            *date*          *month*          *year*

_____
Notary Public
State of _____
Printed Name: _____
My commission expires on: _____

KATHLEEN A. HYLAND
Notary Public, State of New York
No. 4969143
Qualified in Nassau County
My Commission Expires July 9, 2014

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF ___Oklahoma___                    §
                                           §
COUNTY OF ___Oklahoma___                   §

    BEFORE ME, the undersigned authority, personally appeared ___Christopher A. Fiegel_____, who, being by me duly sworn and upon his/her oath, stated as follows:

    1.    My name is ___Christopher A. Fiegel_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    2.    I am employed by and/or associated with ___Insured Aircraft Title Service Inc.___ in the position of ___Sec. Treas._____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

    3.    Attached hereto are ___387___ pages of original records or true and accurate copies of original records which:

        a.    were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

        b.    were kept in the course of regularly conducted activity;

        c.    were made by the regularly conducted activity as a regular practice; and

        d.    if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the __17th__ day of __August__, __2012__.
                                date            month        year

*(Notary seal: CYRA MILLER, NOTARY, # 09002889, EXP. 04/06/13, PUBLIC, STATE OF OKLAHOMA)*

_____
Notary Public
State of __Oklahoma___

Printed Name: __Cyra Miller___

My commission expires on: __04-06-2013__

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _____          §
                                    §
                                    §
COUNTY OF _____           §


     BEFORE ME, the undersigned authority, personally appeared _TRENT BLISS_____, who, being by me duly sworn and upon his/her oath, stated as follows:

    1.    My name is _TRENT BLISS_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    2.    I am employed by and/or associated with _INTERSTATE EQUINE_____, in the position of _ASSOCIATE VETERINARIAN_____, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

    3.    Attached hereto are _40_ pages of original records or true and accurate copies of original records which:

        a.    were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

        b.    were kept in the course of regularly conducted activity;

        c.    were made by the regularly conducted activity as a regular practice; and

        d.    if not original records, are true and accurate duplicates of original records.


**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _17_ day of _October_, _2012_.
                                          date           month      year

Notary Public
State of _Oklahoma_

Printed Name _Carol A. Keith_

My commission expires on: _7/12/2013_

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _CALIFORNIA_      §
                                          §

COUNTY OF _ORANGE_      §

        **BEFORE ME**, the undersigned authority, personally appeared _Juan G Aleman_, who, being by me duly sworn and upon his/her oath, stated as follows:

        1.     My name is _Juan G. Aleman_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

        2.     I am employed by and/or associated with _JGA Racing Stables_, in the position of _Horse Trainer_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

        3.     Attached hereto are _58_ pages of original records or true and accurate copies of original records which:

                a.     were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

                b.     were kept in the course of regularly conducted activity;

                c.     were made by the regularly conducted activity as a regular practice; and

                d.     if not original records, are true and accurate duplicates of original records.

                                **AFFIANT** _____

SWORN TO AND SUBSCRIBED before me on the _____ day of _____, _____.
                                               _date_                       _month_         _year_

                                       _____
                                       Notary Public
                                       State of _____

"SEE ATTACHED DOCUMENT"             Printed Name: _____

                                       My commission expires on: _____

# Jurat

State of California

County of _ORANGE_

Subscribed and sworn to (or affirmed) before me on this _28_ day of _JANUARY_ ,

20 _13_ by _JUAN GABINO ALEMAN_ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_V. M. Patel_
Signature                                                        (Notary seal)



VIPUL M. PATEL
Commission # 1999077
Notary Public -California
COUNTY OF ORANGE
Comm. Expires NOV. 23, 2016

## OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

# CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_     §
COUNTY OF _Harris_     §
            §

   BEFORE ME, the undersigned authority, personally appeared _Renato A. Venturini Jr._, who, being by me duly sworn and upon his/her oath, stated as follows:

   1. My name is _Renato A. Venturini Jr_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

   2. I am employed by and/or associated with _Tavadad Jet Charter_, in the position of _Custodian of Records_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

   3. Attached hereto are _103_ pages of original records or true and accurate copies of original records which:

     a. were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

     b. were kept in the course of regularly conducted activity;

     c. were made by the regularly conducted activity as a regular practice; and

     d. if not original records, are true and accurate duplicates of original records.

              _____
              AFFIANT

SWORN TO AND SUBSCRIBED before me on the _30th_ day of _January_, _2013_.
           date      month   year

RHONDA LYNNE DAVIS
Notary Public, State of Texas
My Commission Expires
November 10, 2015

_____
Notary Public
State of _Texas_

Printed Name: _Rhonda Lynne Davis_

My commission expires on: _11-10-2015_



**Continental Airlines**

Department HQJTD
Post Office Box 4334
Houston TX 77210
continental.com

DECLARATION

Re: _____ Victor Manuel Lopez _____

**CERTIFICATION OF RECORDS COPIES (Custodian's Initials _DM_)**

    I, the duly authorized Custodian of the Records of the Ticket Documentation Department for Continental Airlines, Inc. (the "Company"), hereby certify that the records enclosed herewith are true and correct copies of the records subpoenaed in the above described cause of action/investigation.

    The records were prepared in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein.

    The enclosed _7_ pages are copies of the original of such records, as described, and no other documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS (Custodian's Initials _____)**

    I, the duly authorized Custodian of the Records for the Ticket Documentation Department for the Company, hereby certify that a thorough search has been made for the records subpoenaed in the above-described cause of action/investigation.

    Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.

    I declare under the penalty of perjury that the foregoing is true and correct.

    Executed this 1st day of September 2011 at Houston, Texas.

By:    Debbie Myers
        Printed Name

KAREN BAGAT
MY COMMISSION EXPIRES
December 9, 2012

        Signature

        Custodian of Records
        Title

Sworn before me this 1st day of September 2011

        Notary Public

    In accordance with Continental Airlines' record retention policy, we will provide responsive records for the past five years. Should you request records for a period beyond this time frame, no records can or will be produced pursuant to our records retention policy.

**62**

A STAR ALLIANCE MEMBER

STATE OF TEXAS      §

COUNTY OF TRAVIS §

AFFIDAVIT

Before me, the undersigned authority, personally appeared Carolyn Norwood, who, being by me duly sworn, deposed as follows:

My name is Carolyn Norwood. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Records Management Officer of the Texas Racing Commission. Attached hereto are _27_ pages of records from the Texas Racing Commission's files. The said _27_ pages of records are kept by the Texas Racing Commission in the regular course of business, and it was the regular course of business of the Texas Racing Commission for an employee or representative of the Texas Racing Commission, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicate of the original.

_Carolyn Norwood_
Carolyn Norwood

SWORN TO AND SUBSCRIBED before me on the _15th_ day of _February_, 20_13_.

LINDA POWELL
Notary Public
STATE OF TEXAS
Commission Exp. JUNE 25, 2016

_Linda Powell_
Notary Public, State of Texas

My commission expires: _6-25-2016_

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF _California_                §
                                     §
COUNTY OF _San Bernardino_           §

BEFORE ME, the undersigned authority, personally appeared _William George Morschauser_, who, being by me duly sworn and upon his/her oath, stated as follows:

1.     My name is _WILLIAM MORSCHAUSER_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2.     I am employed by and/or associated with _JAIME AND MARIA GOMEZ_ in the position of _ATTORNEY/CPA_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3.     Attached hereto are _10_ pages of original records or true and accurate copies of original records which:

   a.     were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   b.     were kept in the course of regularly conducted activity;

   c.     were made by the regularly conducted activity as a regular practice; and

   d.     if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _28_ day of _February_, _2013_.
                                         date        month        year

_____
Notary Public
State of _____

Printed Name: _____

My commission expires on: _____

C. AVINGTON
Commission # 2005518
Notary Public - California
San Bernardino County
My Comm Expires Jan 28, 2017

ANITA G. AVINGTON
Commission # 2005518
Notary Public - California
San Bernardino County
My Comm Expires Jan 28, 2017

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF _Kentucky_    §
COUNTY OF _Fayette_    §
   §

BEFORE ME, the undersigned authority, personally appeared _Ian Snow_, who, being by me duly sworn and upon his/her oath, stated as follows:

1. My name is _Ian Snow_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am employed by and/or associated with _Yearsley Insurance_ in the position of _Vice President_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3. Attached hereto are _2915_ pages of original records or true and accurate copies of original records which:

     a. were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

     b. were kept in the course of regularly conducted activity;

     c. were made by the regularly conducted activity as a regular practice; and

     d. if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _7th_ day of _March_, _2013_.

_Caroline M. Puterbaugh_
Notary Public
State of _Kentucky_

Printed Name: _Caroline M. Puterbaugh_
My commission expires on: _Sept. 30, 2016_
\# 474446

**59**



CERTIFICATION

I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Lucy Cox. I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a Subpoena requesting specified records of the business named below. This certification is for documents provided on 07/15/2011 for the following number(s)8183398573 in regards to Sprint case number 2011-214013. I hereby certify that the records attached hereto:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 10/17/2012.

Lucy Cox
Subpoena Specialist
Sprint

1



CERTIFICATION

I hereby certify, to the best of my knowledge, information, and belief, that:

    My name is Lucy Cox. I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

    I am in receipt of a Subpoena requesting specified records of the business named below. This certification is for documents provided on 08/05/2011 for the following number(s)5206619426 in regards to Sprint case number 2011-236199. I hereby certify that the records attached hereto:

    1.  were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    2.  were kept in the course of the regularly conducted business activity; and

    3.  were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury the foregoing is true and correct.

Executed on 10/17/2012.

Lucy Cox
Subpoena Specialist
Sprint

1

**Sprint**

CERTIFICATION PURSUANT TO RULES 803(6) AND 902(11)
OF THE FEDERAL RULES OF EVIDENCE AND 28 U.S.C. § 1746

Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence and subject to the penalties for perjury under 28 U.S.C. § 1746, I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Thomas Hopkins. I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a Subpoena requesting specified records of the business named below. This certification is for documents provided on 10/16/2012 for the following number(s) 9157275775, 5122338482, 8183397329, and 5124069216 in regards to Sprint case number 2010-352272. I hereby certify that the records attached hereto:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 10/16/2012.

Thomas Hopkins
Subpoena Specialist

Sprint

1

## Sprint Requested Information
### Sprint Case #: 2010-352272
### Reference Case #: 245CSA61372SBP

**Request Type:**    **CDR**
Date Range:           11/1/2010 to 12/27/2010
Subject Number:   5124069216
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Request Type:**    **CDR**
Date Range:           11/1/2010 to 12/27/2010
Subject Number:   9157275775
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Request Type:**    **CDR**
Date Range:           11/1/2010 to 12/27/2010
Subject Number:   5122338482
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Request Type:**    **CDR**
Date Range:           11/1/2010 to 12/27/2010
Subject Number:   8183397329
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Request Type:**    **Direct Connect CDR**
Date Range:           11/1/2010 to 12/27/2010
Subject Number:   5124069216
Comments:

2

A thorough search has been completed. Please see attached records found for the requested time period.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Request Type:** **Direct Connect CDR**
Date Range:          11/1/2010 to 12/27/2010
Subject Number:   5122338482
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Request Type:** **Direct Connect CDR**
Date Range:          11/1/2010 to 12/27/2010
Subject Number:   9157275775
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Request Type:** **Direct Connect CDR**
Date Range:          11/1/2010 to 12/27/2010
Subject Number:   8183397329
Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Request Type:** **Subscription Info (Basic)**
Date Range:          11/1/2010 to 12/27/2010
Subject Number:   9157275775
Comments:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ACCOUNT DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Billing Account Number (BAN): 591028592
Account Establish Date: 3/23/2009
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 3/23/2009
RAUL RAMIREZ
476 RAMILLEY
3

SAN ELIZARIO, TX 79849

Account Contact Numbers:
Phone: 9154971408  Active Date: 11/30/2010


*************** SUBSCRIBER DETAILS ********************
SubscriberID: 90942663021
Personal Telephone Number (PTN / MDN)
9157275775  Status Date: 3/23/2009 8:34:26 PM     Status: A


Urban Fleet Mobile Identifier
(UFMI)              Effective
128*970*7085       3/23/2009 8:34:26 PM     Status: A


Internet Protocol (IP) Address
11.18.108.231  Status Date: 3/23/2009 8:34:26 PM     Status: A


Network Access Identifier
(NAI)
NO DATA FOUND

***********EQUIPMENT****************
International Mobile Subscriber Identity(s) (IMSI(s))
316010159220461  Status Date: 3/23/2009 8:34:26 PM   Status: A


Mobile Station Identification Number(s) (MSID(s))
NO DATA FOUND


Subscriber Identity Module(s) (SIM)
000826196847300  Effective: 3/23/2009  Expiration:   Status:


Electronic Serial Number (ESN(s)/MSN(s))
364VKE5WS9  Effective: 3/23/2009  Expiration:   Status:


IMEI(s)
NO DATA FOUND

***********FEATURES****************
Anytime Minutes  Effective: 3/23/2009  Expiration:
Boost MMS & Wireless Web  Effective: 3/23/2009  Expiration:
Call Detail  Effective: 3/23/2009  Expiration:
Call Forwarding  Effective: 3/23/2009  Expiration:
Caller ID  Effective: 3/23/2009  Expiration:
Direct Connect Cross Flee  Effective: 3/23/2009  Expiration:
Direct Connect on Nextel  Effective: 3/23/2009  Expiration:
Domestic LD Rate $0  Effective: 3/23/2009  Expiration:
Enhanced Text Msg  Effective: 3/23/2009  Expiration:
International Calling  Effective: 3/23/2009  Expiration:
International Direct Conn  Effective: 3/23/2009  Expiration:
MMS Usage  Effective: 3/23/2009  Expiration:
Monthly Unlimited Mobile  Effective: 3/23/2009  Expiration:
Multimedia Msg Video Usag  Effective: 3/23/2009  Expiration:
Nationwide Direct Connect  Effective: 3/23/2009  Expiration:

Packet Data Usage  Effective: 3/23/2009   Expiration:
PDS Application  Effective: 3/23/2009   Expiration:
Private IP Address  Effective: 3/23/2009   Expiration: Active through Date
Searched
SMS Text Messages  Effective: 3/23/2009   Expiration:
Sprint Data Services  Effective: 3/23/2009   Expiration:
Text Messaging  Effective: 3/23/2009   Expiration:
Three Way Calling Restric  Effective: 3/23/2009   Expiration:
Two Way Boost Messaging  Effective: 3/23/2009   Expiration:
VoiceMail  Effective: 3/23/2009   Expiration:
=================================

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Request Type:**     **Subscription Info (Basic)**
Date Range:          11/1/2010 to 12/27/2010
Subject Number:      5122338482
Comments:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ACCOUNT DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Billing Account Number (BAN): 674874592
Account Establish Date: 3/13/2009
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 10/11/2010
SAUL RAMIREZ
133 DUCK POND RD
MC DADE, TX 78650

Effective: 3/13/2009
SAUL RAMIREZ
PO BOX 54988
IRVINE, CA 92619

Account Contact Numbers:
Phone: 5120000000  Active Date: 12/10/2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SUBSCRIBER DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SubscriberID: 03764163021
Personal Telephone Number (PTN / MDN)
5122338482  Status Date: 3/13/2009 4:33:34 PM      Status: A

Urban Fleet Mobile Identifier
(UFMI)                Effective
143*217*6301          3/13/2009 4:33:34 PM      Status: A

Internet Protocol (IP) Address
11.108.66.80  Status Date: 3/13/2009 4:33:34 PM      Status: A
5

Network Access Identifier
(NAI)
NO DATA FOUND

\*\*\*\*\*\*\*\*\*\*\*\*EQUIPMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
International Mobile Subscriber Identity(s) (IMSI(s))
316010157919754   Status Date: 3/13/2009 4:33:34 PM    Status: A

Mobile Station Identification Number(s) (MSID(s))
NO DATA FOUND

Subscriber Identity Module(s) (SIM)
000824755861300   Effective: 3/13/2009   Expiration:    Status:

Electronic Serial Number (ESN(s)/MSN(s))
364VJU3R3P   Effective: 8/28/2010   Expiration:    Status:

IMEI(s)
NO DATA FOUND

\*\*\*\*\*\*\*\*\*\*\*\*FEATURES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Prepaid Barring All Servi  Effective: 11/14/2010   Expiration: 11/18/2010
Private IP Address  Effective: 3/13/2009   Expiration: Active through Date
Searched
SMS Text Messages  Effective: 3/13/2009   Expiration:
Sprint Data Services  Effective: 3/13/2009   Expiration:
Text Messaging  Effective: 3/13/2009   Expiration:
Three Way Calling Restric  Effective: 3/13/2009   Expiration:
Two Way Boost Messaging  Effective: 3/13/2009   Expiration:
VoiceMail  Effective: 3/13/2009   Expiration:
Anytime Minutes  Effective: 3/13/2009   Expiration:
Boost MMS & Wireless Web  Effective: 3/13/2009   Expiration:
Call Detail  Effective: 3/13/2009   Expiration:
Call Forwarding  Effective: 3/13/2009   Expiration:
Caller ID  Effective: 3/13/2009   Expiration:
Direct Connect Cross Flee  Effective: 3/13/2009   Expiration:
Direct Connect on Nextel  Effective: 3/13/2009   Expiration:
Domestic LD Rate $0  Effective: 3/13/2009   Expiration:
Enhanced Text Msg  Effective: 3/13/2009   Expiration:
International Calling  Effective: 3/13/2009   Expiration:
International Direct Conn  Effective: 3/13/2009   Expiration:
MMS Usage  Effective: 3/13/2009   Expiration:
Monthly Unlimited Mobile  Effective: 3/13/2009   Expiration:
Multimedia Msg Video Usag  Effective: 3/13/2009   Expiration:
Nationwide Direct Connect  Effective: 3/13/2009   Expiration:
Packet Data Usage  Effective: 3/13/2009   Expiration:
PDS Application  Effective: 3/13/2009   Expiration:
=====================================

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Request Type:**          **Subscription Info (Basic)**

Date Range:         11/1/2010 to 12/27/2010
Subject Number:     8183397329
Comments:

*************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 594769130
Account Establish Date: 7/1/2005
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 6/29/2010
FERNANDO GARCIA
5109 S LAVENDER MIST CT
TUCSON, AZ 85746

Effective: 9/11/2008
FERNANDO GARCIA
4883 E AMERICAN BEAUTY DR
TUCSON, AZ 85756

Effective: 9/22/2006
FERNANDO GARCIA
7672 E QUEEN PALM CIR
TUCSON, AZ 85730

Effective: 7/1/2005
FERNANDO GARCIA
4650 E 29TH ST APT 152
TUCSON, AZ 85711

Account Contact Numbers:
Phone: 9565014404  Active Date: 11/20/2010


Last Bill Date: 12/27/2010
Last Bill Amount: 65.57


*************** SUBSCRIBER DETAILS ********************
SubscriberID: 3207324201
Personal Telephone Number (PTN / MDN)
8183397329   Status Date: 4/29/2010 6:18:43 PM      Status: A

Urban Fleet Mobile Identifier
(UFMI)                  Effective
124*111863*1           4/29/2010 6:18:43 PM      Status: A

Internet Protocol (IP) Address
10.208.137.112  Status Date: 4/29/2010 6:18:43 PM      Status: A

Network Access Identifier
(NAI)
NO DATA FOUND

```
***********EQUIPMENT****************
International Mobile Subscriber Identity(s) (IMSI(s))
316010032765157   Status Date: 4/29/2010 6:18:43 PM     Status: A

Mobile Station Identification Number(s) (MSID(s))
NO DATA FOUND

Subscriber Identity Module(s) (SIM)
000825845653330   Effective: 4/29/2010   Expiration:    Status:

Electronic Serial Number (ESN(s)/MSN(s))
403F2283BB   Effective: 4/29/2010   Expiration:    Status:

IMEI(s)
NO DATA FOUND

***********FEATURES****************
Total Equip Protection Pr  Effective: 4/29/2010   Expiration:
Any Mobile Anytime  Effective: 10/4/2009   Expiration:
BlackBerry Email  Effective: 7/23/2009   Expiration:
BlackBerry Web  Effective: 7/23/2009   Expiration:
Call Detail  Effective: 6/19/2009   Expiration:
Caller ID  Effective: 6/19/2009   Expiration:
Cellular Minutes  Effective: 6/19/2009   Expiration:
Data Acceleration  Effective: 6/19/2009   Expiration: Active through Date
Searched
Direct Connect Cross Flee  Effective: 6/19/2009   Expiration:
Direct Connect on Nextel  Effective: 6/19/2009   Expiration:
Domestic LD Rate $0  Effective: 6/19/2009   Expiration:
Enhanced Text Msg  Effective: 6/19/2009   Expiration:
Group Connect on Nextel  Effective: 6/19/2009   Expiration:
BlackBerry Prosumer  Effective: 6/19/2009   Expiration:
Anytime Minutes  Effective: 6/19/2009   Expiration:
MMS Usage  Effective: 6/19/2009   Expiration:
Modified Nights and Weeke  Effective: 6/19/2009   Expiration:
Nationwide Direct Connect  Effective: 6/19/2009   Expiration:
Packet Data Usage  Effective: 6/19/2009   Expiration:
PDS Application  Effective: 6/19/2009   Expiration:
Two Way Premium Messaging  Effective: 6/19/2009   Expiration:
VoiceMail  Effective: 6/19/2009   Expiration:
SMS Text Messages  Effective: 6/19/2009   Expiration:
Sprint Data Services  Effective: 6/19/2009   Expiration:
Talkgroup(SM)  Effective: 6/19/2009   Expiration:
Text Messaging  Effective: 6/19/2009   Expiration:
International Direct Conn  Effective: 9/10/2008   Expiration:
Private IP Address  Effective: 8/6/2008   Expiration:
=================================
```

```
**********************************************************
```

**Request Type:        Subscription Info (Basic)**

Date Range:          11/1/2010 to 12/27/2010
Subject Number:      5124069216
Comments:

*************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 254805635
Account Establish Date: 7/22/2010
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 7/22/2010
SERGIO RINCON
PO BOX 54966
IRVINE, CA 92619

Account Contact Numbers:
none provided


*************** SUBSCRIBER DETAILS ********************
SubscriberID: 75371895021
Personal Telephone Number (PTN / MDN)
5124069216   Status Date: 7/22/2010 2:42:02 PM     Status: A

Urban Fleet Mobile Identifier
(UFMI)                    Effective
143*132*6348             7/22/2010 2:42:02 PM      Status: A

Internet Protocol (IP) Address
11.16.102.173   Status Date: 7/22/2010 2:42:02 PM      Status: A

Network Access Identifier
(NAI)
NO DATA FOUND

***********EQUIPMENT***************
International Mobile Subscriber Identity(s) (IMSI(s))
316010157923966   Status Date: 7/22/2010 2:42:02 PM     Status: A

Mobile Station Identification Number(s) (MSID(s))
NO DATA FOUND

Subscriber Identity Module(s) (SIM)
000834879014300   Effective: 7/22/2010   Expiration:     Status:

Electronic Serial Number (ESN(s)/MSN(s))
364VLJMXC7   Effective: 11/30/2010   Expiration:   Status:
364VKUN71K   Effective: 9/16/2010   Expiration: 11/30/2010   Status: C

IMEI(s)
NO DATA FOUND

9***********FEATURES***************

Prepaid Barring All Servi  Effective: 11/28/2010   Expiration: 11/30/2010
Private IP Address  Effective: 7/26/2010   Expiration: Active through Date
Searched
SMS Text Messages  Effective: 7/26/2010   Expiration:
Sprint Data Services  Effective: 7/26/2010   Expiration:
Text Messaging  Effective: 7/26/2010   Expiration:
Three Way Calling Restric  Effective: 7/26/2010   Expiration:
Two Way Boost Messaging  Effective: 7/26/2010   Expiration:
VoiceMail  Effective: 7/26/2010   Expiration:
Anytime Minutes  Effective: 7/26/2010   Expiration:
Boost MMS & Wireless Web  Effective: 7/26/2010   Expiration:
Call Detail  Effective: 7/26/2010   Expiration:
Call Forwarding  Effective: 7/26/2010   Expiration:
Caller ID  Effective: 7/26/2010   Expiration:
Direct Connect Cross Flee  Effective: 7/26/2010   Expiration:
Direct Connect on Nextel  Effective: 7/26/2010   Expiration:
Domestic LD Rate $0  Effective: 7/26/2010   Expiration:
Enhanced Text Msg  Effective: 7/26/2010   Expiration:
International Calling  Effective: 7/26/2010   Expiration:
International Direct Conn  Effective: 7/26/2010   Expiration:
MMS Usage  Effective: 7/26/2010   Expiration:
Monthly Unlimited Mobile  Effective: 7/26/2010   Expiration:
Multimedia Msg Video Usag  Effective: 7/26/2010   Expiration:
Nationwide Direct Connect  Effective: 7/26/2010   Expiration:
Packet Data Usage  Effective: 7/26/2010   Expiration:
PDS Application  Effective: 7/26/2010   Expiration:
===================================

*********************************************************

*Search results indicate one or more of the numbers listed on the above-referenced legal
demand may belong to a Sprint prepaid phone service.  Our office maintains subscriber
information for prepaid accounts, but this information is often inaccurate or incomplete, as
no identification is required when purchasing a prepaid phone.  Payment information is also
available for prepaid accounts.  However, this information, while accurate, may not be
complete.  No bill reprints are available for prepaid accounts.   We are able to provide call
detail records for iDEN and CDMA prepaid accounts for the most recent 18-24-month period.

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _FLORIDA_     §
                              §

COUNTY OF _PALM BEACH_     §

       BEFORE ME, the undersigned authority, personally appeared _DENISE F CAIRNS_, who, being by me duly sworn and upon his/her oath, stated as follows:

       1.     My name is _DENISE F CAIRNS_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

       2.     I am employed by _AT&T_ and/or associated with in the position of _LEGAL COMPLIANCE ANALYST_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

       3.     Attached hereto are _77_ pages of original records or true and accurate copies of original records which:

           a.     were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

           b.     were kept in the course of regularly conducted activity;

           c.     were made by the regularly conducted activity as a regular practice; and

           d.     if not original records, are true and accurate duplicates of original records.

                                        **AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _18_ day of _October_, 20_12_
                                      _date_           _month_          _year_

Notary Public
State of _Florida_

Printed Name: _____

Notary Public State of Florida
Josie M Gibson
My Commission DD865489
Expires 03/23/2013

My commission expires on: _____



# SUBSCRIBER INFORMATION

| 303833849 | C/T |
|---|---|

## Financially Liable Party

Name:    ZULEMA TREVINO
Credit Address: 12909 TIMOTHY LN, BALCH SPRINGS, TX 75180

Customer Since: 04/09/2007

Photo ID Type:                          Photo ID State:
Photo ID Number:
DOB:                                     SSN:

Contact Name:
Contact Home Phone: (972) 286-6146       Contact Work Phone: (972) 286-6146
Contact Home Email: ALEXANDRATRVN@YAHOO.COM    Contact Work Email:

## Billing Party

Account Number:    303833849
Name:              ZULEMA TREVINO
Billing Address:   12909 TIMOTHY LN, BALCH SPRINGS, TX 75180

Account Status:    Active            Billing Cycle:  18

## User Information

MSISDN:       (972) 467-2627          IMSI:    310410351724488
MSISDN Active: 04/09/2007 - Current   IMEI/ESN: 352692043296704/

Name:      ZULEMA TREVINO
User Address:    12909 TIMOTHY LN, BALCH SPRINGS, TX 75180

Service Start Date: 04/09/2007    Dealer Info: 3373A 5A005
Payment Type:      Postpaid
Contact Name:
Contact Home Phone:                   Contact Work Phone:
Contact Home Email: alexandratrvn@yahoo.com    Contact Work Email:

## Status Change History

Status Change Reason:                    Status Change Date:

AT&T PROPRIETARY
The information contained here is for use by authorized person only and
is not for general distribution.

at&t

# FEATURES

| 303833849 | C/T | (972) 467-2627 |
|---|---|---|

| FEATURE | START DATE | END DATE |
|---|---|---|
| 1400 ANYTIME MINUTES | 01/13/2010 12:00 AM | |
| 6 Way Calling | 01/13/2010 12:00 AM | |
| ANYTIME ROLLOVER MINS | 01/13/2010 12:00 AM | |
| AT&T A-LIST | 02/25/2010 12:00 AM | |
| AT&T DirectBill | 01/13/2010 12:00 AM | |
| Aon On Call Insurnce | 09/08/2010 12:00 AM | |
| BasicVoiceMail | 01/13/2010 12:00 AM | |
| Call Hold | 01/13/2010 12:00 AM | |
| Call Waiting | 01/13/2010 12:00 AM | |
| Caller ID | 01/13/2010 12:00 AM | |
| Direct Bill Detail | 01/13/2010 12:00 AM | |
| Dummy IMS | 05/08/2010 12:00 AM | |
| EXPANDED M2M | 01/13/2010 12:00 AM | |
| FAMILY TALK ADDTL | 01/13/2010 12:00 AM | |
| FEATURE FOR ELA SOC (CALLING AREAS) | 01/13/2010 12:00 AM | |
| IMMEDIATE CALL FORWARD | 01/13/2010 12:00 AM | |
| INTERNATIONAL LD | 07/09/2007 12:00 AM | |
| INTERNATIONAL LD | 01/13/2010 12:00 AM | |
| INTERNATIONAL LD | 01/13/2010 12:00 AM | |
| IRM Bundled Feature | 07/09/2007 12:00 AM | |
| IntLongDistAllowed | 07/09/2007 12:00 AM | |
| International Roaming | 07/09/2007 12:00 AM | |
| MESSAGE NOTIFICATION | 01/13/2010 12:00 AM | |
| N&W Comes First UTOLT | 01/13/2010 12:00 AM | |
| NO ANSWER CALL FORWARD | 01/13/2010 12:00 AM | |
| Nation GSM | 01/13/2010 12:00 AM | |
| Opting out of WAP | 05/08/2010 12:00 AM | |
| Opting out of WAP | 05/08/2010 12:00 AM | |
| Opting out of WAP | 05/08/2010 12:00 AM | |
| Pict Video MSG | 02/27/2009 12:00 AM | |
| Recurring Charge | 01/13/2010 12:00 AM | |
| Rollover Minutes | 01/13/2010 12:00 AM | |
| Text/Instant Msgs | 02/27/2009 12:00 AM | |
| Time Period Conversion | 11/06/2008 12:00 AM | |
| Toll Domestic | 01/13/2010 12:00 AM | |
| Toll Domestic | 07/09/2007 12:00 AM | |
| Toll Domestic | 01/13/2010 12:00 AM | |
| Toll Domestic | 07/09/2007 12:00 AM | |
| Toll International | 07/09/2007 12:00 AM | |
| UMTS Activation | 08/12/2010 12:00 AM | |
| UNL Nght & Wknd Min | 01/13/2010 12:00 AM | |

The information contained here is for use by authorized person only
and is not for general distribution.



# FEATURES

| 303833849 | C/T | (972) 467-2627 |
|-----------|-----|----------------|

| FEATURE | START DATE | END DATE |
|---------|------------|----------|
| UNLTD EXP M2M MINS | 01/13/2010 12:00 AM | |
| Upgrade Fee | 08/12/2010 12:00 AM | |

The information contained here is for use by authorized person only
and is not for general distribution.



# PAYMENT INFORMATION

| 303833849 | C/T | (972) 467-2627 |

Bill Cycle: 18

## Transactions

| Date | Amount | Type | Reversed Date | Reversed Reason |
|------|--------|------|---------------|-----------------|
| 11/26/2010 | $197.91 | ELECTRONIC FILES | | |

TRL

AT&T Proprietary

The information contained here is for use by authorized person only and
is not for general distribution.

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, Colleen Holt, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a Legal Request

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records are:

1      made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the Legal Request.

2.     kept in the course of regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

3.     made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA 98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Dated February 26, 2013

Signed: *Colleen Holt*

# BUSINESS RECORDS DECLARATION

1

2
3
Request for Documents regarding:
jose23.trevino@yahoo.com

4

5

| | |
|---|---|
| ) | Case No. M6-09-0176 |
| ) | Subpoena No. M6-13-119552 |
| ) | |
| ) | **DECLARATION OF** |
| ) | **LISA O'CONNOR** |
| ) | |

6

7
I, Lisa O'Connor, declare:

8
9
1.    I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale,

California.  I am authorized to submit this declaration on behalf of Yahoo!.  I make

10
11
this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and in

response to a Subpoena dated November 08, 2012.  I have personal knowledge of

12
13
the following facts, except as noted, and could testify competently thereto if called

as a witness.

14

15
16
2.    Attached hereto are true and correct copies of 5 pages of the following data

pertaining to the user account identified in the Subpoena:  1) the user profile, as

17
18
produced by the Yahoo! Account Management Tool; and 2) the dates, times and

Internet Protocol ("IP") addresses for logins.  Yahoo!'s servers record this data

19
20
automatically at the time, or reasonably soon after, it is entered or transmitted, and

this data is kept in the course of this regularly conducted activity and was made by

21
22
regularly conducted activity as a regular practice.  Yahoo! may not require or

verify user information because it offers many of its user services for free.

23

24
25
3.    Pursuant to the Federal Stored Communications Act, 18 U.S.C. §§2701, et seq., we

have redacted information, including removing certain data fields, that exceeds the

26

27

28

scope of this request, is protected from disclosure or is otherwise not subject to
production.

I declare under penalty of perjury under the laws of the United States of America and the
State of California that the foregoing is true and correct.

DATED: _____November 14, 2012_____        _____
                                                Lisa O'Connor

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name:                              **jose23.trevino**

GUID:                                    **4LD26SJ6EOHUB755IZADWFCT6E**

Properties Used:                         **Mail**

Yahoo Mail Name:                         **jose23.trevino@yahoo.com**

Alternate Communication Channels:        **alexandratrvn@yahoo.com**

Registration IP address:                 **24.32.167.122**

Account Created (reg):                   **Fri Nov 13 17:22:38 2009 GMT**

Other Identities:                        **jose23.trevino (Yahoo! Mail)**

Full Name                                **Mr Jose Trevino**

Address1:

Address2:

City:

State, territory or province:

Country:                                 **United States**

Zip/Postal Code:                         **75180**

Phone:

Time Zone:

Business Name:

Business Address:

Business City:

Business State:

Business Country:                        **us**

Business Zip:

Business Phone:

Business Email:

Account Status:                          **Active**

| Search for | jose23.trevino | | |
|---|---|---|---|
| Date Range | 2011-11-14 / 2012-11-12 | | |
| Time zone | (GMT) Greenwich Mean Time : London | | |
| Total Results | | | 151 |

| Yahoo ID | IP Address | Port | Login Time |
|---|---|---|---|
| jose23.trevino | 98.20.81.172 | 54966 | Thu 14:15:52 (GMT) 02-Aug-2012 |
| jose23.trevino | 166.147.69.119 | | Tue 18:22:08 (GMT) 31-Jul-2012 |
| jose23.trevino | 98.20.100.147 | | Thu 16:38:46 (GMT) 21-Jun-2012 |
| jose23.trevino | 166.147.70.106 | | Tue 20:00:40 (GMT) 12-Jun-2012 |
| jose23.trevino | 173.186.227.7 | | Tue 03:29:52 (GMT) 12-Jun-2012 |
| jose23.trevino | 98.20.100.186 | | Mon 13:33:12 (GMT) 11-Jun-2012 |
| jose23.trevino | 173.186.227.7 | | Mon 05:23:38 (GMT) 11-Jun-2012 |
| jose23.trevino | 198.228.210.46 | | Sun 18:09:26 (GMT) 10-Jun-2012 |
| jose23.trevino | 98.20.100.186 | | Sat 16:13:15 (GMT) 09-Jun-2012 |
| jose23.trevino | 98.20.100.186 | | Thu 16:09:39 (GMT) 07-Jun-2012 |
| jose23.trevino | 98.20.100.186 | | Thu 15:34:48 (GMT) 07-Jun-2012 |
| jose23.trevino | 98.20.102.35 | | Wed 18:38:03 (GMT) 06-Jun-2012 |
| jose23.trevino | 173.187.160.16 | | Tue 23:12:22 (GMT) 05-Jun-2012 |
| jose23.trevino | 98.20.102.35 | | Tue 22:57:06 (GMT) 05-Jun-2012 |
| jose23.trevino | 50.96.197.240 | | Mon 16:08:15 (GMT) 04-Jun-2012 |
| jose23.trevino | 50.96.197.240 | | Mon 15:23:17 (GMT) 04-Jun-2012 |
| jose23.trevino | 50.96.197.240 | | Mon 14:47:08 (GMT) 04-Jun-2012 |
| jose23.trevino | 98.20.100.212 | | Tue 20:36:22 (GMT) 29-May-2012 |
| jose23.trevino | 98.20.100.212 | | Tue 17:00:55 (GMT) 29-May-2012 |
| jose23.trevino | 98.20.100.212 | | Tue 14:53:24 (GMT) 29-May-2012 |
| jose23.trevino | 98.20.100.212 | | Mon 19:58:27 (GMT) 28-May-2012 |
| jose23.trevino | 98.20.100.212 | | Mon 18:20:58 (GMT) 28-May-2012 |
| jose23.trevino | 98.20.100.212 | | Mon 15:55:42 (GMT) 28-May-2012 |
| jose23.trevino | 50.96.199.212 | | Sun 17:28:48 (GMT) 27-May-2012 |
| jose23.trevino | 50.96.199.212 | | Sun 15:30:05 (GMT) 27-May-2012 |
| jose23.trevino | 50.96.199.212 | | Sat 14:23:22 (GMT) 26-May-2012 |
| jose23.trevino | 50.96.199.212 | | Tue 23:12:41 (GMT) 22-May-2012 |
| jose23.trevino | 50.96.199.212 | | Tue 18:51:18 (GMT) 22-May-2012 |
| jose23.trevino | 50.96.199.212 | | Mon 14:31:29 (GMT) 21-May-2012 |
| jose23.trevino | 98.20.81.236 | | Sat 16:01:30 (GMT) 19-May-2012 |
| jose23.trevino | 98.20.99.24 | | Wed 23:29:19 (GMT) 16-May-2012 |
| jose23.trevino | 98.20.99.24 | | Wed 14:18:43 (GMT) 16-May-2012 |
| jose23.trevino | 98.20.99.24 | | Sat 21:56:21 (GMT) 12-May-2012 |
| jose23.trevino | 50.96.197.197 | | Wed 15:51:12 (GMT) 09-May-2012 |
| jose23.trevino | 173.186.230.11 | | Tue 23:23:22 (GMT) 08-May-2012 |
| jose23.trevino | 50.96.197.197 | | Tue 21:09:32 (GMT) 08-May-2012 |
| jose23.trevino | 50.96.197.197 | | Tue 15:30:13 (GMT) 08-May-2012 |
| jose23.trevino | 50.96.197.197 | | Tue 15:04:46 (GMT) 08-May-2012 |
| jose23.trevino | 50.96.197.197 | | Tue 14:26:21 (GMT) 08-May-2012 |
| jose23.trevino | 50.96.197.197 | | Mon 13:42:07 (GMT) 07-May-2012 |

| | | |
|---|---|---|
| jose23.trevino | 50.96.197.197 | Sun 21:52:35 (GMT) 06-May-2012 |
| jose23.trevino | 50.96.197.197 | Sat 21:40:21 (GMT) 05-May-2012 |
| jose23.trevino | 50.96.197.197 | Fri 23:40:12 (GMT) 04-May-2012 |
| jose23.trevino | 50.96.197.197 | Fri 23:37:53 (GMT) 04-May-2012 |
| jose23.trevino | 50.96.197.197 | Fri 15:37:05 (GMT) 04-May-2012 |
| jose23.trevino | 50.96.197.197 | Fri 13:34:55 (GMT) 04-May-2012 |
| jose23.trevino | 50.96.197.197 | Fri 13:25:44 (GMT) 04-May-2012 |
| jose23.trevino | 166.147.71.249 | Fri 01:11:59 (GMT) 04-May-2012 |
| jose23.trevino | 50.96.196.9 | Thu 22:55:28 (GMT) 03-May-2012 |
| jose23.trevino | 50.96.196.9 | Thu 22:15:06 (GMT) 03-May-2012 |
| jose23.trevino | 50.96.196.9 | Wed 22:53:47 (GMT) 02-May-2012 |
| jose23.trevino | 75.89.32.153 | Wed 18:53:12 (GMT) 25-Apr-2012 |
| jose23.trevino | 75.89.32.153 | Wed 16:23:21 (GMT) 25-Apr-2012 |
| jose23.trevino | 75.89.32.153 | Wed 16:20:26 (GMT) 25-Apr-2012 |
| jose23.trevino | 98.20.97.121 | Fri 23:16:12 (GMT) 20-Apr-2012 |
| jose23.trevino | 98.20.97.121 | Wed 15:11:49 (GMT) 18-Apr-2012 |
| jose23.trevino | 75.89.34.177 | Mon 15:17:48 (GMT) 16-Apr-2012 |
| jose23.trevino | 75.89.34.177 | Sun 20:56:33 (GMT) 15-Apr-2012 |
| jose23.trevino | 173.186.227.153 | Sun 02:19:15 (GMT) 15-Apr-2012 |
| jose23.trevino | 75.89.34.177 | Thu 13:36:33 (GMT) 12-Apr-2012 |
| jose23.trevino | 166.205.9.161 | Mon 17:44:37 (GMT) 09-Apr-2012 |
| jose23.trevino | 166.205.9.161 | Mon 17:43:33 (GMT) 09-Apr-2012 |
| jose23.trevino | 166.137.9.105 | Mon 15:39:42 (GMT) 09-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Sat 04:59:29 (GMT) 07-Apr-2012 |
| jose23.trevino | 166.205.9.158 | Fri 20:38:14 (GMT) 06-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Fri 16:57:22 (GMT) 06-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Thu 20:44:21 (GMT) 05-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Wed 16:57:01 (GMT) 04-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Tue 22:31:48 (GMT) 03-Apr-2012 |
| jose23.trevino | 98.20.101.186 | Tue 22:30:54 (GMT) 03-Apr-2012 |
| jose23.trevino | 166.205.9.223 | Tue 21:53:46 (GMT) 03-Apr-2012 |
| jose23.trevino | 173.186.227.153 | Tue 21:39:21 (GMT) 03-Apr-2012 |
| jose23.trevino | 50.96.196.80 | Wed 14:09:50 (GMT) 28-Mar-2012 |
| jose23.trevino | 50.96.196.80 | Mon 21:06:27 (GMT) 26-Mar-2012 |
| jose23.trevino | 98.20.102.148 | Mon 16:21:47 (GMT) 26-Mar-2012 |
| jose23.trevino | 166.205.9.117 | Mon 00:52:21 (GMT) 26-Mar-2012 |
| jose23.trevino | 98.20.102.148 | Sun 13:09:56 (GMT) 25-Mar-2012 |
| jose23.trevino | 166.205.9.183 | Fri 19:34:05 (GMT) 23-Mar-2012 |
| jose23.trevino | 166.205.8.83 | Fri 19:33:48 (GMT) 23-Mar-2012 |
| jose23.trevino | 166.205.11.205 | Thu 19:00:37 (GMT) 22-Mar-2012 |
| jose23.trevino | 98.20.102.148 | Thu 13:18:59 (GMT) 22-Mar-2012 |
| jose23.trevino | 166.205.8.83 | Wed 20:33:23 (GMT) 21-Mar-2012 |
| jose23.trevino | 166.205.8.83 | Wed 18:04:17 (GMT) 21-Mar-2012 |
| jose23.trevino | 98.20.102.148 | Wed 16:17:03 (GMT) 21-Mar-2012 |
| jose23.trevino | 50.96.197.216 | Mon 15:23:40 (GMT) 19-Mar-2012 |
| jose23.trevino | 50.96.197.216 | Sat 16:42:48 (GMT) 17-Mar-2012 |
| jose23.trevino | 98.20.103.65 | Sat 18:59:03 (GMT) 03-Mar-2012 |

| | | |
|---|---|---|
| jose23.trevino | 50.96.199.137 | Tue 22:00:45 (GMT) 28-Feb-2012 |
| jose23.trevino | 50.96.199.137 | Mon 17:26:09 (GMT) 27-Feb-2012 |
| jose23.trevino | 75.89.34.38 | Fri 14:27:16 (GMT) 24-Feb-2012 |
| jose23.trevino | 50.96.197.161 | Sat 17:00:49 (GMT) 18-Feb-2012 |
| jose23.trevino | 50.96.197.161 | Mon 15:12:03 (GMT) 13-Feb-2012 |
| jose23.trevino | 98.20.83.139 | Fri 14:32:26 (GMT) 03-Feb-2012 |
| jose23.trevino | 98.20.83.139 | Tue 17:26:58 (GMT) 31-Jan-2012 |
| jose23.trevino | 24.32.4.170 | Sun 02:26:52 (GMT) 29-Jan-2012 |
| jose23.trevino | 75.89.33.160 | Fri 21:31:05 (GMT) 27-Jan-2012 |
| jose23.trevino | 75.89.33.160 | Thu 17:45:21 (GMT) 26-Jan-2012 |
| jose23.trevino | 75.89.33.160 | Wed 20:41:59 (GMT) 25-Jan-2012 |
| jose23.trevino | 75.89.33.160 | Tue 19:34:30 (GMT) 24-Jan-2012 |
| jose23.trevino | 98.20.81.84 | Sun 22:38:02 (GMT) 15-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Sun 04:25:56 (GMT) 15-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Sat 17:08:57 (GMT) 14-Jan-2012 |
| jose23.trevino | 74.197.143.139 | Fri 17:37:48 (GMT) 13-Jan-2012 |
| jose23.trevino | 205.157.110.11 | Thu 01:33:59 (GMT) 12-Jan-2012 |
| jose23.trevino | 205.157.110.11 | Thu 01:27:36 (GMT) 12-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Wed 18:29:18 (GMT) 11-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Wed 18:26:52 (GMT) 11-Jan-2012 |
| jose23.trevino | 24.249.97.28 | Wed 03:22:16 (GMT) 11-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Tue 15:27:00 (GMT) 10-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Tue 15:25:37 (GMT) 10-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Tue 15:24:47 (GMT) 10-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Tue 02:09:46 (GMT) 10-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Mon 21:11:49 (GMT) 09-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Mon 19:55:22 (GMT) 09-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Mon 19:48:22 (GMT) 09-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Mon 19:39:33 (GMT) 09-Jan-2012 |
| jose23.trevino | 98.20.103.16 | Mon 19:38:57 (GMT) 09-Jan-2012 |
| jose23.trevino | 74.197.143.139 | Fri 13:57:17 (GMT) 06-Jan-2012 |
| jose23.trevino | 74.197.143.139 | Fri 13:54:51 (GMT) 06-Jan-2012 |
| jose23.trevino | 98.20.98.80 | Wed 19:24:24 (GMT) 04-Jan-2012 |
| jose23.trevino | 80.28.146.77 | Wed 14:41:59 (GMT) 28-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Mon 02:14:16 (GMT) 19-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Wed 13:00:55 (GMT) 14-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Mon 23:15:51 (GMT) 12-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Mon 04:24:15 (GMT) 12-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 06:30:35 (GMT) 11-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 04:20:37 (GMT) 11-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 04:15:10 (GMT) 11-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 03:20:56 (GMT) 11-Dec-2011 |
| jose23.trevino | 166.205.8.200 | Wed 16:07:11 (GMT) 07-Dec-2011 |
| jose23.trevino | 200.53.246.151 | Wed 14:09:05 (GMT) 07-Dec-2011 |
| jose23.trevino | 200.53.246.151 | Wed 14:08:10 (GMT) 07-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Tue 00:06:42 (GMT) 06-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Mon 23:09:00 (GMT) 05-Dec-2011 |

| | | |
|---|---|---|
| jose23.trevino | 74.197.143.139 | Mon 02:23:35 (GMT) 05-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 23:24:15 (GMT) 04-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sun 02:56:02 (GMT) 04-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Sat 21:19:09 (GMT) 03-Dec-2011 |
| jose23.trevino | 74.197.143.139 | Mon 19:19:09 (GMT) 28-Nov-2011 |
| jose23.trevino | 70.164.67.181 | Fri 20:24:05 (GMT) 25-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Thu 12:18:10 (GMT) 24-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Wed 14:00:00 (GMT) 23-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Wed 13:35:11 (GMT) 23-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Wed 04:30:47 (GMT) 23-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Mon 23:29:54 (GMT) 21-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Mon 01:58:12 (GMT) 21-Nov-2011 |
| jose23.trevino | 166.147.94.162 | Sun 22:54:34 (GMT) 20-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Sun 15:14:44 (GMT) 20-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Sun 12:40:00 (GMT) 20-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Sun 12:33:18 (GMT) 20-Nov-2011 |
| jose23.trevino | 74.197.143.139 | Sun 12:07:44 (GMT) 20-Nov-2011 |

# BUSINESS RECORDS DECLARATION

1

2            )    Case No. A-12-M-589
              )

3 Request for Documents regarding:  )
 zule_farms@yahoo.com     )   **DECLARATION OF**

4              )   **JOHN P. HERNANDEZ**

5              )

6              )

7              )
              )

8 ————————————————————)

9   I, John P. Hernandez, declare:

10

11  1.   I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale,

12     California. I am authorized to submit this declaration on behalf of Yahoo!. I make

13     this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and in

14     response to a Search Warrant dated September 20, 2012. I have personal

15     knowledge of the following facts, except as noted, and could testify competently

16     thereto if called as a witness.

17

18  2.   Attached hereto are true and correct copies of 8 pages and 1 CD-R of the

19     following data pertaining to the Yahoo! ID identified in the Search Warrant: 1) the

20     user profile, as produced by the Yahoo! Account Management Tool; 2) the dates,

21     times and Internet Protocol ("IP") addresses for logins; and 3) a snapshot of the

22     email account contents maintained in the specified account. Yahoo!'s servers

23     record this data automatically at the time, or reasonably soon after, it is entered or

24     transmitted, and this data is kept in the course of this regularly conducted activity

25     and was made by regularly conducted activity as a regular practice. Yahoo! may

26

27

28

1  not require or verify user information because it offers many of its user services for

2  free.

3

4  3.     Pursuant to the Federal Stored Communications Act, 18 U.S.C. §§2701, et seq., we

5  have redacted information, including removing certain data fields, that exceeds the

6  scope of this request, is protected from disclosure or is otherwise not subject to

7  production.

8

9  I declare under penalty of perjury under the laws of the United States of America and the

10  State of California that the foregoing is true and correct.

11

12

13  DATED: _____October 5, 2012_____          _____

14                                            John P. Hernandez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **zule_farms** |
| GUID: | **GZDZQX73Y2BKG6YJRC3FSQNXSU** |
| Properties Used: | **Mail** |
| Yahoo Mail Name: | **zule_farms@yahoo.com** |
| Alternate Communication Channels: | **alexandratrvn@yahoo.com** |
| Registration IP address: | **74.197.143.139** |
| Account Created (reg): | **Fri Oct 28 17:42:38 2011 GMT** |
| Other Identities: | **zule_farms (Yahoo! Mail)** |
| Full Name | **Jose Trevino** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **75180** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | **October 23, 1966** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Tue Jun 12 20:18:33 2012 GMT  166.147.70.106** |
| | **Fri Oct 28 17:42:38 2011 GMT  74.197.143.139** |
| Account Status: | **Active** |

| Search for | zule_farms |
|---|---|
| Date Range | 2011-09-26 / 2012-09-24 |
| Time zone | (GMT) Greenwich Mean Time : London |
| Total Results | 303 |

| Yahoo ID | IP Address | Port | Login Time |
|---|---|---|---|
| zule_farms | 166.147.76.47 | | Wed 03:24:03 (GMT) 15-Aug-2012 |
| zule_farms | 166.147.76.47 | | Wed 03:24:02 (GMT) 15-Aug-2012 |
| zule_farms | 166.147.69.119 | | Tue 18:22:08 (GMT) 31-Jul-2012 |
| zule_farms | 12.130.125.14 | | Tue 17:01:09 (GMT) 31-Jul-2012 |
| zule_farms | 70.161.211.64 | | Tue 11:16:36 (GMT) 31-Jul-2012 |
| zule_farms | 24.32.229.22 | 51949 | Mon 18:47:22 (GMT) 23-Jul-2012 |
| zule_farms | 70.161.211.64 | | Tue 09:15:43 (GMT) 17-Jul-2012 |
| zule_farms | 166.147.76.95 | | Fri 17:20:49 (GMT) 29-Jun-2012 |
| zule_farms | 98.20.100.147 | | Thu 16:39:42 (GMT) 21-Jun-2012 |
| zule_farms | 166.147.70.106 | | Wed 00:54:55 (GMT) 13-Jun-2012 |
| zule_farms | 166.147.70.106 | | Wed 00:54:54 (GMT) 13-Jun-2012 |
| zule_farms | 166.147.70.106 | | Tue 20:18:40 (GMT) 12-Jun-2012 |
| zule_farms | 66.196.107.32 | | Tue 20:18:33 (GMT) 12-Jun-2012 |
| zule_farms | 166.147.70.106 | | Tue 20:18:03 (GMT) 12-Jun-2012 |
| zule_farms | 98.20.100.186 | | Mon 14:28:55 (GMT) 11-Jun-2012 |
| zule_farms | 98.20.100.186 | | Mon 14:28:31 (GMT) 11-Jun-2012 |
| zule_farms | 198.228.210.46 | | Sun 18:09:27 (GMT) 10-Jun-2012 |
| zule_farms | 98.20.100.186 | | Sun 13:49:45 (GMT) 10-Jun-2012 |
| zule_farms | 98.20.100.186 | | Sat 13:57:57 (GMT) 09-Jun-2012 |
| zule_farms | 98.20.100.186 | | Fri 12:59:00 (GMT) 08-Jun-2012 |
| zule_farms | 98.20.100.186 | | Thu 18:59:04 (GMT) 07-Jun-2012 |
| zule_farms | 98.20.100.186 | | Thu 15:39:29 (GMT) 07-Jun-2012 |
| zule_farms | 98.20.100.186 | | Thu 13:21:31 (GMT) 07-Jun-2012 |
| zule_farms | 98.20.102.35 | | Wed 20:37:42 (GMT) 06-Jun-2012 |
| zule_farms | 98.20.102.35 | | Wed 18:15:23 (GMT) 06-Jun-2012 |
| zule_farms | 98.20.102.35 | | Tue 19:29:14 (GMT) 05-Jun-2012 |
| zule_farms | 98.20.102.35 | | Tue 13:28:57 (GMT) 05-Jun-2012 |
| zule_farms | 98.20.102.35 | | Mon 21:59:30 (GMT) 04-Jun-2012 |
| zule_farms | 50.96.197.240 | | Mon 13:22:32 (GMT) 04-Jun-2012 |
| zule_farms | 50.96.197.240 | | Sun 19:07:53 (GMT) 03-Jun-2012 |
| zule_farms | 198.228.198.156 | | Fri 00:24:07 (GMT) 01-Jun-2012 |
| zule_farms | 50.96.197.66 | | Thu 14:09:27 (GMT) 31-May-2012 |
| zule_farms | 50.96.197.66 | | Thu 14:09:27 (GMT) 31-May-2012 |
| zule_farms | 50.96.197.66 | | Thu 01:44:35 (GMT) 31-May-2012 |
| zule_farms | 50.96.197.66 | | Thu 01:44:35 (GMT) 31-May-2012 |
| zule_farms | 98.20.100.212 | | Tue 17:00:21 (GMT) 29-May-2012 |
| zule_farms | 98.20.100.212 | | Tue 16:26:17 (GMT) 29-May-2012 |
| zule_farms | 98.20.100.212 | | Tue 14:52:57 (GMT) 29-May-2012 |
| zule_farms | 98.20.100.212 | | Mon 21:41:56 (GMT) 28-May-2012 |
| zule_farms | 98.20.100.212 | | Mon 18:30:34 (GMT) 28-May-2012 |

| | | |
|---|---|---|
| zule_farms | 98.20.100.212 | Mon 18:20:25 (GMT) 28-May-2012 |
| zule_farms | 50.96.199.212 | Mon 14:12:53 (GMT) 28-May-2012 |
| zule_farms | 50.96.199.212 | Sun 17:28:02 (GMT) 27-May-2012 |
| zule_farms | 50.96.199.212 | Sun 15:43:55 (GMT) 27-May-2012 |
| zule_farms | 50.96.199.212 | Sat 13:16:05 (GMT) 26-May-2012 |
| zule_farms | 50.96.199.212 | Fri 13:39:27 (GMT) 25-May-2012 |
| zule_farms | 50.96.199.212 | Thu 18:30:16 (GMT) 24-May-2012 |
| zule_farms | 50.96.199.212 | Thu 15:30:23 (GMT) 24-May-2012 |
| zule_farms | 50.96.199.212 | Thu 14:06:49 (GMT) 24-May-2012 |
| zule_farms | 50.96.199.212 | Wed 13:34:56 (GMT) 23-May-2012 |
| zule_farms | 166.147.67.191 | Tue 16:17:32 (GMT) 22-May-2012 |
| zule_farms | 166.147.67.191 | Tue 16:16:05 (GMT) 22-May-2012 |
| zule_farms | 50.96.199.212 | Tue 15:09:03 (GMT) 22-May-2012 |
| zule_farms | 50.96.199.212 | Mon 16:29:03 (GMT) 21-May-2012 |
| zule_farms | 98.20.81.236 | Sat 16:26:35 (GMT) 19-May-2012 |
| zule_farms | 98.20.81.236 | Sat 13:12:22 (GMT) 19-May-2012 |
| zule_farms | 98.20.81.236 | Fri 23:49:12 (GMT) 18-May-2012 |
| zule_farms | 98.20.81.236 | Fri 23:13:40 (GMT) 18-May-2012 |
| zule_farms | 98.20.81.236 | Fri 19:51:04 (GMT) 18-May-2012 |
| zule_farms | 98.20.99.217 | Thu 15:44:54 (GMT) 17-May-2012 |
| zule_farms | 98.20.99.217 | Thu 13:52:26 (GMT) 17-May-2012 |
| zule_farms | 98.20.99.24 | Wed 22:56:10 (GMT) 16-May-2012 |
| zule_farms | 98.20.99.24 | Wed 14:21:11 (GMT) 16-May-2012 |
| zule_farms | 98.20.99.24 | Wed 14:20:32 (GMT) 16-May-2012 |
| zule_farms | 96.225.136.223 | Wed 01:42:43 (GMT) 16-May-2012 |
| zule_farms | 166.147.64.10 | Wed 01:10:02 (GMT) 16-May-2012 |
| zule_farms | 166.147.64.10 | Wed 01:03:28 (GMT) 16-May-2012 |
| zule_farms | 96.225.136.223 | Wed 00:15:38 (GMT) 16-May-2012 |
| zule_farms | 98.20.99.24 | Tue 15:24:27 (GMT) 15-May-2012 |
| zule_farms | 198.228.199.107 | Tue 13:29:21 (GMT) 15-May-2012 |
| zule_farms | 198.228.199.107 | Tue 13:05:56 (GMT) 15-May-2012 |
| zule_farms | 198.228.199.107 | Tue 10:44:30 (GMT) 15-May-2012 |
| zule_farms | 98.20.99.24 | Mon 15:20:19 (GMT) 14-May-2012 |
| zule_farms | 98.20.99.24 | Sun 13:16:51 (GMT) 13-May-2012 |
| zule_farms | 98.20.99.24 | Sat 22:39:00 (GMT) 12-May-2012 |
| zule_farms | 98.20.99.24 | Sat 16:13:32 (GMT) 12-May-2012 |
| zule_farms | 98.20.99.24 | Sat 13:46:19 (GMT) 12-May-2012 |
| zule_farms | 98.20.99.24 | Fri 18:55:09 (GMT) 11-May-2012 |
| zule_farms | 98.20.99.24 | Fri 18:33:08 (GMT) 11-May-2012 |
| zule_farms | 98.20.99.24 | Fri 16:23:31 (GMT) 11-May-2012 |
| zule_farms | 98.20.99.24 | Fri 13:37:33 (GMT) 11-May-2012 |
| zule_farms | 50.96.197.197 | Thu 21:36:09 (GMT) 10-May-2012 |
| zule_farms | 50.96.197.197 | Thu 13:52:57 (GMT) 10-May-2012 |
| zule_farms | 50.96.197.197 | Wed 18:20:09 (GMT) 09-May-2012 |
| zule_farms | 50.96.197.197 | Wed 14:50:43 (GMT) 09-May-2012 |
| zule_farms | 173.186.230.11 | Wed 14:12:08 (GMT) 09-May-2012 |
| zule_farms | 50.96.197.197 | Tue 19:21:26 (GMT) 08-May-2012 |

| | | |
|---|---|---|
| zule_farms | 50.96.197.197 | Tue 15:16:49 (GMT) 08-May-2012 |
| zule_farms | 50.96.197.197 | Tue 14:31:21 (GMT) 08-May-2012 |
| zule_farms | 50.96.197.197 | Tue 14:18:50 (GMT) 08-May-2012 |
| zule_farms | 50.96.197.197 | Mon 14:06:20 (GMT) 07-May-2012 |
| zule_farms | 50.96.197.197 | Mon 13:29:46 (GMT) 07-May-2012 |
| zule_farms | 50.96.197.197 | Sun 18:31:09 (GMT) 06-May-2012 |
| zule_farms | 50.96.197.197 | Sun 15:55:26 (GMT) 06-May-2012 |
| zule_farms | 50.96.197.197 | Sat 22:35:13 (GMT) 05-May-2012 |
| zule_farms | 50.96.197.197 | Sat 21:47:17 (GMT) 05-May-2012 |
| zule_farms | 50.96.197.197 | Fri 23:39:30 (GMT) 04-May-2012 |
| zule_farms | 50.96.197.197 | Fri 15:36:40 (GMT) 04-May-2012 |
| zule_farms | 50.96.197.197 | Fri 14:31:12 (GMT) 04-May-2012 |
| zule_farms | 50.96.197.197 | Fri 13:59:58 (GMT) 04-May-2012 |
| zule_farms | 50.96.197.197 | Fri 13:34:12 (GMT) 04-May-2012 |
| zule_farms | 50.96.197.197 | Fri 13:25:09 (GMT) 04-May-2012 |
| zule_farms | 166.147.71.249 | Fri 01:11:33 (GMT) 04-May-2012 |
| zule_farms | 50.96.196.9 | Thu 22:18:19 (GMT) 03-May-2012 |
| zule_farms | 50.96.196.9 | Thu 20:01:21 (GMT) 03-May-2012 |
| zule_farms | 50.96.196.9 | Thu 16:58:26 (GMT) 03-May-2012 |
| zule_farms | 50.96.196.9 | Wed 13:35:02 (GMT) 02-May-2012 |
| zule_farms | 50.96.196.9 | Tue 14:21:33 (GMT) 01-May-2012 |
| zule_farms | 75.89.32.153 | Fri 21:20:38 (GMT) 27-Apr-2012 |
| zule_farms | 75.89.32.153 | Wed 22:12:50 (GMT) 25-Apr-2012 |
| zule_farms | 98.20.97.121 | Tue 19:57:32 (GMT) 24-Apr-2012 |
| zule_farms | 98.20.97.121 | Mon 20:55:03 (GMT) 23-Apr-2012 |
| zule_farms | 98.20.97.121 | Mon 14:11:51 (GMT) 23-Apr-2012 |
| zule_farms | 98.20.97.121 | Mon 13:33:52 (GMT) 23-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 21:59:53 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 21:35:10 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 20:08:38 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 16:23:46 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 16:02:32 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Sun 14:25:05 (GMT) 22-Apr-2012 |
| zule_farms | 98.20.97.121 | Thu 19:47:31 (GMT) 19-Apr-2012 |
| zule_farms | 98.20.97.121 | Wed 18:16:01 (GMT) 18-Apr-2012 |
| zule_farms | 75.89.34.177 | Tue 22:19:14 (GMT) 17-Apr-2012 |
| zule_farms | 75.89.34.177 | Tue 13:55:32 (GMT) 17-Apr-2012 |
| zule_farms | 75.89.34.177 | Mon 15:24:25 (GMT) 16-Apr-2012 |
| zule_farms | 75.89.34.177 | Mon 15:12:23 (GMT) 16-Apr-2012 |
| zule_farms | 75.89.34.177 | Mon 15:09:46 (GMT) 16-Apr-2012 |
| zule_farms | 75.89.34.177 | Sun 20:11:41 (GMT) 15-Apr-2012 |
| zule_farms | 75.89.34.177 | Sat 14:47:40 (GMT) 14-Apr-2012 |
| zule_farms | 75.89.34.177 | Sat 13:50:05 (GMT) 14-Apr-2012 |
| zule_farms | 75.89.34.177 | Sat 13:32:01 (GMT) 14-Apr-2012 |
| zule_farms | 75.89.34.177 | Thu 13:48:39 (GMT) 12-Apr-2012 |
| zule_farms | 98.20.101.186 | Mon 23:56:17 (GMT) 09-Apr-2012 |
| zule_farms | 98.20.101.186 | Mon 20:54:05 (GMT) 09-Apr-2012 |

| | | |
|---|---|---|
| zule_farms | 98.20.101.186 | Mon 14:51:19 (GMT) 09-Apr-2012 |
| zule_farms | 166.137.10.39 | Mon 04:05:34 (GMT) 09-Apr-2012 |
| zule_farms | 166.137.8.51 | Sun 21:04:19 (GMT) 08-Apr-2012 |
| zule_farms | 98.20.101.186 | Sun 19:25:11 (GMT) 08-Apr-2012 |
| zule_farms | 166.137.10.205 | Sun 18:05:30 (GMT) 08-Apr-2012 |
| zule_farms | 166.147.77.87 | Sun 06:59:36 (GMT) 08-Apr-2012 |
| zule_farms | 166.205.11.71 | Sun 01:05:57 (GMT) 08-Apr-2012 |
| zule_farms | 166.205.11.203 | Sun 00:39:35 (GMT) 08-Apr-2012 |
| zule_farms | 166.205.11.71 | Sat 23:42:06 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 19:11:07 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 17:29:12 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 15:25:11 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 11:59:21 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 07:17:02 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 06:31:20 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.106 | Sat 06:28:51 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.183 | Sat 04:22:33 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.183 | Sat 04:05:42 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.183 | Sat 02:31:12 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.183 | Sat 01:00:39 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.183 | Sat 00:32:38 (GMT) 07-Apr-2012 |
| zule_farms | 166.205.8.89 | Fri 22:17:24 (GMT) 06-Apr-2012 |
| zule_farms | 98.20.101.186 | Fri 21:54:42 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.8.89 | Fri 21:31:18 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.8.89 | Fri 21:11:47 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 21:06:37 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 19:04:58 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 17:28:08 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 12:17:54 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 04:00:01 (GMT) 06-Apr-2012 |
| zule_farms | 173.186.227.153 | Fri 02:54:48 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 02:30:46 (GMT) 06-Apr-2012 |
| zule_farms | 64.134.124.8 | Fri 01:21:54 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 00:38:27 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Fri 00:23:34 (GMT) 06-Apr-2012 |
| zule_farms | 166.205.9.158 | Thu 23:26:13 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.9.158 | Thu 23:00:40 (GMT) 05-Apr-2012 |
| zule_farms | 98.20.101.186 | Thu 20:45:43 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.9.158 | Thu 20:32:11 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.9.158 | Thu 20:09:58 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.9.223 | Thu 17:38:15 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.11.150 | Thu 15:24:20 (GMT) 05-Apr-2012 |
| zule_farms | 166.205.11.150 | Thu 15:20:47 (GMT) 05-Apr-2012 |
| zule_farms | 98.20.101.186 | Wed 14:31:15 (GMT) 04-Apr-2012 |
| zule_farms | 173.186.227.153 | Wed 01:15:03 (GMT) 04-Apr-2012 |
| zule_farms | 98.20.101.186 | Tue 16:15:36 (GMT) 03-Apr-2012 |
| zule_farms | 98.20.101.186 | Tue 13:28:06 (GMT) 03-Apr-2012 |

| | | |
|---|---|---|
| zule_farms | 50.96.197.90 | Mon 20:39:06 (GMT) 02-Apr-2012 |
| zule_farms | 50.96.196.80 | Mon 14:58:58 (GMT) 02-Apr-2012 |
| zule_farms | 50.96.196.80 | Sun 15:31:45 (GMT) 01-Apr-2012 |
| zule_farms | 50.96.196.80 | Sat 19:21:43 (GMT) 31-Mar-2012 |
| zule_farms | 50.96.196.80 | Thu 18:43:07 (GMT) 29-Mar-2012 |
| zule_farms | 50.96.196.80 | Wed 19:23:28 (GMT) 28-Mar-2012 |
| zule_farms | 50.96.196.80 | Wed 13:32:55 (GMT) 28-Mar-2012 |
| zule_farms | 50.96.196.80 | Tue 19:10:04 (GMT) 27-Mar-2012 |
| zule_farms | 50.96.196.80 | Tue 18:32:23 (GMT) 27-Mar-2012 |
| zule_farms | 50.96.196.80 | Tue 16:50:39 (GMT) 27-Mar-2012 |
| zule_farms | 50.96.196.80 | Tue 14:14:54 (GMT) 27-Mar-2012 |
| zule_farms | 98.20.102.148 | Sun 16:48:41 (GMT) 25-Mar-2012 |
| zule_farms | 98.20.102.148 | Sun 03:03:52 (GMT) 25-Mar-2012 |
| zule_farms | 173.186.227.153 | Fri 04:51:14 (GMT) 23-Mar-2012 |
| zule_farms | 98.20.102.148 | Thu 15:46:41 (GMT) 22-Mar-2012 |
| zule_farms | 98.20.102.148 | Thu 14:11:43 (GMT) 22-Mar-2012 |
| zule_farms | 98.20.102.148 | Thu 13:45:04 (GMT) 22-Mar-2012 |
| zule_farms | 98.20.102.148 | Wed 21:26:26 (GMT) 21-Mar-2012 |
| zule_farms | 98.20.102.148 | Wed 13:35:11 (GMT) 21-Mar-2012 |
| zule_farms | 50.96.197.216 | Sat 16:42:13 (GMT) 17-Mar-2012 |
| zule_farms | 50.96.197.216 | Fri 15:08:06 (GMT) 16-Mar-2012 |
| zule_farms | 50.96.197.216 | Thu 19:17:17 (GMT) 15-Mar-2012 |
| zule_farms | 50.96.197.216 | Thu 17:12:48 (GMT) 15-Mar-2012 |
| zule_farms | 50.96.197.216 | Thu 14:10:37 (GMT) 15-Mar-2012 |
| zule_farms | 50.96.197.216 | Wed 14:30:26 (GMT) 14-Mar-2012 |
| zule_farms | 50.96.197.216 | Tue 18:31:48 (GMT) 13-Mar-2012 |
| zule_farms | 50.96.197.216 | Tue 14:24:25 (GMT) 13-Mar-2012 |
| zule_farms | 98.20.100.224 | Mon 18:20:12 (GMT) 12-Mar-2012 |
| zule_farms | 98.20.100.224 | Sat 16:47:59 (GMT) 10-Mar-2012 |
| zule_farms | 98.20.100.224 | Sat 15:28:55 (GMT) 10-Mar-2012 |
| zule_farms | 98.20.103.65 | Fri 20:11:28 (GMT) 09-Mar-2012 |
| zule_farms | 98.20.103.65 | Fri 15:13:40 (GMT) 09-Mar-2012 |
| zule_farms | 98.20.103.65 | Wed 16:39:05 (GMT) 07-Mar-2012 |
| zule_farms | 98.20.103.65 | Wed 15:05:52 (GMT) 07-Mar-2012 |
| zule_farms | 173.187.161.229 | Wed 01:59:32 (GMT) 07-Mar-2012 |
| zule_farms | 173.187.161.229 | Wed 01:54:17 (GMT) 07-Mar-2012 |
| zule_farms | 98.20.103.65 | Tue 14:50:09 (GMT) 06-Mar-2012 |
| zule_farms | 98.20.103.65 | Mon 14:21:41 (GMT) 05-Mar-2012 |
| zule_farms | 98.20.103.65 | Sat 18:58:20 (GMT) 03-Mar-2012 |
| zule_farms | 98.20.103.65 | Sat 14:39:45 (GMT) 03-Mar-2012 |
| zule_farms | 50.96.199.137 | Fri 19:40:55 (GMT) 02-Mar-2012 |
| zule_farms | 50.96.199.137 | Fri 14:23:00 (GMT) 02-Mar-2012 |
| zule_farms | 50.96.199.137 | Thu 16:41:31 (GMT) 01-Mar-2012 |
| zule_farms | 50.96.199.137 | Tue 21:59:06 (GMT) 28-Feb-2012 |
| zule_farms | 50.96.199.137 | Tue 20:36:14 (GMT) 28-Feb-2012 |
| zule_farms | 50.96.199.137 | Tue 14:40:24 (GMT) 28-Feb-2012 |
| zule_farms | 50.96.199.137 | Mon 20:14:37 (GMT) 27-Feb-2012 |

| | | |
|---|---|---|
| zule_farms | 50.96.199.137 | Mon 17:25:10 (GMT) 27-Feb-2012 |
| zule_farms | 50.96.199.137 | Sat 15:21:43 (GMT) 25-Feb-2012 |
| zule_farms | 75.89.34.38 | Thu 20:38:03 (GMT) 23-Feb-2012 |
| zule_farms | 75.89.34.38 | Thu 17:20:15 (GMT) 23-Feb-2012 |
| zule_farms | 75.89.34.38 | Thu 15:34:09 (GMT) 23-Feb-2012 |
| zule_farms | 75.89.34.38 | Thu 14:27:51 (GMT) 23-Feb-2012 |
| zule_farms | 75.89.34.38 | Wed 16:02:05 (GMT) 22-Feb-2012 |
| zule_farms | 75.89.34.38 | Tue 14:38:08 (GMT) 21-Feb-2012 |
| zule_farms | 50.96.197.161 | Fri 22:41:32 (GMT) 17-Feb-2012 |
| zule_farms | 50.96.197.161 | Fri 17:39:51 (GMT) 17-Feb-2012 |
| zule_farms | 50.96.197.161 | Fri 17:28:38 (GMT) 17-Feb-2012 |
| zule_farms | 50.96.197.161 | Fri 15:30:34 (GMT) 17-Feb-2012 |
| zule_farms | 50.96.197.161 | Thu 19:35:48 (GMT) 16-Feb-2012 |
| zule_farms | 50.96.197.161 | Thu 17:52:52 (GMT) 16-Feb-2012 |
| zule_farms | 50.96.197.161 | Thu 16:53:54 (GMT) 16-Feb-2012 |
| zule_farms | 50.96.197.161 | Thu 14:53:00 (GMT) 16-Feb-2012 |
| zule_farms | 50.96.197.161 | Wed 21:32:41 (GMT) 15-Feb-2012 |
| zule_farms | 50.96.197.161 | Wed 20:40:51 (GMT) 15-Feb-2012 |
| zule_farms | 50.96.197.161 | Wed 16:55:43 (GMT) 15-Feb-2012 |
| zule_farms | 50.96.197.161 | Wed 16:26:25 (GMT) 15-Feb-2012 |
| zule_farms | 50.96.197.161 | Wed 14:19:36 (GMT) 15-Feb-2012 |
| zule_farms | 50.96.197.161 | Tue 15:40:56 (GMT) 14-Feb-2012 |
| zule_farms | 50.96.197.161 | Mon 15:34:32 (GMT) 13-Feb-2012 |
| zule_farms | 50.96.197.161 | Mon 15:18:15 (GMT) 13-Feb-2012 |
| zule_farms | 50.96.197.161 | Mon 14:29:27 (GMT) 13-Feb-2012 |
| zule_farms | 98.20.80.127 | Fri 19:32:51 (GMT) 10-Feb-2012 |
| zule_farms | 98.20.80.127 | Fri 19:19:06 (GMT) 10-Feb-2012 |
| zule_farms | 98.20.80.127 | Fri 19:18:33 (GMT) 10-Feb-2012 |
| zule_farms | 98.20.80.127 | Fri 16:43:05 (GMT) 10-Feb-2012 |
| zule_farms | 98.20.80.127 | Fri 02:03:34 (GMT) 10-Feb-2012 |
| zule_farms | 98.20.80.127 | Wed 23:14:02 (GMT) 08-Feb-2012 |
| zule_farms | 98.20.80.127 | Wed 15:02:18 (GMT) 08-Feb-2012 |
| zule_farms | 98.20.80.127 | Tue 20:49:36 (GMT) 07-Feb-2012 |
| zule_farms | 98.20.80.127 | Tue 17:09:00 (GMT) 07-Feb-2012 |
| zule_farms | 166.205.8.246 | Tue 16:31:30 (GMT) 07-Feb-2012 |
| zule_farms | 166.205.8.246 | Tue 14:18:45 (GMT) 07-Feb-2012 |
| zule_farms | 166.205.8.246 | Tue 13:34:00 (GMT) 07-Feb-2012 |
| zule_farms | 166.205.8.246 | Tue 13:33:06 (GMT) 07-Feb-2012 |
| zule_farms | 98.20.80.127 | Mon 21:47:50 (GMT) 06-Feb-2012 |
| zule_farms | 98.20.83.139 | Sat 15:21:43 (GMT) 04-Feb-2012 |
| zule_farms | 98.20.83.139 | Fri 21:43:02 (GMT) 03-Feb-2012 |
| zule_farms | 98.20.83.139 | Thu 21:26:49 (GMT) 02-Feb-2012 |
| zule_farms | 98.20.83.139 | Thu 15:57:57 (GMT) 02-Feb-2012 |
| zule_farms | 98.20.83.139 | Wed 22:54:13 (GMT) 01-Feb-2012 |
| zule_farms | 98.20.83.139 | Mon 20:18:32 (GMT) 30-Jan-2012 |
| zule_farms | 75.89.33.160 | Fri 21:28:07 (GMT) 27-Jan-2012 |
| zule_farms | 75.89.33.160 | Fri 14:41:14 (GMT) 27-Jan-2012 |

| | | |
|---|---|---|
| zule_farms | 75.89.33.160 | Thu 17:43:05 (GMT) 26-Jan-2012 |
| zule_farms | 75.89.33.160 | Thu 16:35:09 (GMT) 26-Jan-2012 |
| zule_farms | 75.89.33.160 | Wed 22:19:15 (GMT) 25-Jan-2012 |
| zule_farms | 75.89.33.160 | Wed 20:42:55 (GMT) 25-Jan-2012 |
| zule_farms | 75.89.33.160 | Wed 19:32:32 (GMT) 25-Jan-2012 |
| zule_farms | 75.89.33.160 | Tue 15:20:09 (GMT) 24-Jan-2012 |
| zule_farms | 98.20.103.16 | Wed 18:28:28 (GMT) 11-Jan-2012 |
| zule_farms | 98.20.103.16 | Tue 15:27:43 (GMT) 10-Jan-2012 |
| zule_farms | 98.20.103.16 | Mon 19:46:10 (GMT) 09-Jan-2012 |
| zule_farms | 98.20.103.16 | Mon 19:38:30 (GMT) 09-Jan-2012 |
| zule_farms | 98.20.98.80 | Wed 19:29:56 (GMT) 04-Jan-2012 |
| zule_farms | 98.20.98.80 | Tue 16:55:27 (GMT) 03-Jan-2012 |
| zule_farms | 98.20.98.80 | Tue 16:39:16 (GMT) 03-Jan-2012 |
| zule_farms | 74.197.143.139 | Tue 21:35:50 (GMT) 13-Dec-2011 |
| zule_farms | 74.197.143.139 | Mon 23:20:24 (GMT) 12-Dec-2011 |
| zule_farms | 74.197.143.139 | Tue 00:06:42 (GMT) 06-Dec-2011 |
| zule_farms | 74.197.143.139 | Sat 21:19:09 (GMT) 03-Dec-2011 |
| zule_farms | 166.205.11.139 | Tue 16:44:10 (GMT) 29-Nov-2011 |
| zule_farms | 166.205.11.139 | Tue 16:44:09 (GMT) 29-Nov-2011 |
| zule_farms | 74.197.143.139 | Wed 03:53:02 (GMT) 23-Nov-2011 |
| zule_farms | 74.197.143.139 | Sun 12:31:29 (GMT) 20-Nov-2011 |
| zule_farms | 74.197.143.139 | Sun 12:29:39 (GMT) 20-Nov-2011 |
| zule_farms | 166.205.10.106 | Mon 07:18:40 (GMT) 14-Nov-2011 |
| zule_farms | 166.205.10.106 | Mon 07:18:40 (GMT) 14-Nov-2011 |
| zule_farms | 166.137.11.4 | Thu 14:03:38 (GMT) 10-Nov-2011 |
| zule_farms | 166.137.11.4 | Thu 14:03:36 (GMT) 10-Nov-2011 |
| zule_farms | 74.197.143.139 | Wed 14:08:48 (GMT) 09-Nov-2011 |
| zule_farms | 74.197.143.139 | Wed 01:17:11 (GMT) 02-Nov-2011 |



USLawEnforcement@google.com
Fax: 650.249.3429
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.        I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.        Google provides Internet-based services to its subscribers, including Gmail, its free email service.  Google does not verify any personal information that is submitted by a user at the time of a Gmail account creation.

3.        Attached is a true and correct copy of 1 CD of data pertaining to the Gmail account-holder(s) identified as *FFRACINGSTABLES, MIGUEL.ALMAZAN, ADANFARIAS1533* with Internal Ref. No. 63115-265021 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file.

4.        The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: October 10, 2012

_____
(Signature of Records Custodian)

Ashley Lin
(Name of Records Custodian)

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com
Fax: 650.249.3429
www.google.com

**Attachment A: Hash Values for Production Files (Internal Ref. No. 63115-265021)**

md5 d3ac258e24f4df0f51547c3dfe174fcf adanfarias1533.pdf
sha
3421e1461f8c2bde990ccb4f3790f66ebac6741e952e23ec64d17477e15301ca6f84fb23e6ae202dda
29d939b826d82f5e61859978ec338aebbbdba4ff3405c8 adanfarias1533.pdf

md5 c6d67818989e72742db3362836bbce74 adanfarias1533@gmail.com.mbox
sha
9295bc25bf301932e8135d12e3d28d5b381785120439efd9bb9ffe81fa95b95175d54a8495918c783
a9919b08578a93bbbb3c180bd2bbef6e845d688d2bc005c adanfarias1533@gmail.com.mbox

md5 3bd64226578d7627113b7817e546a619 ffracingstables.pdf
sha
556d1d8b7520887dac4fb8c91aec82f54585434bec7b2e8ef1f01a838cd753f777fa189b8c9ec5b4d9
683a246968402a5e010ac041e80bdc97cec40936c601af ffracingstables.pdf

md5 80404b6df7eaf902722b8a49e54de59c ffracingstables@gmail.com - Billing Console.pdf
sha
8dbbd86b92ee90382304a6bdceaf4788b566747922225615c1f1e2ae3631a80f315a9e1d52811824a
b895c82a3f6416094efa4c3680b98b63e8e63682979416e ffracingstables@gmail.com - Billing
Console.pdf

md5 8a4b9505a9f617f4b20d1a028cd4f650 FFRACINGSTABLES@gmail.com.mbox
sha
943771be64d85f3366fb1afb023c818c24d6bb6f9c647a849d850db19a1c8501c8b607fd93ebe903e
e9b9ce3ded6fab5fc13d1bc553f6ddb7ae4e765b8aac64e
FFRACINGSTABLES@gmail.com.mbox

md5 da988b59c4a82c2a075365e721a5c060 miguel.almazan.pdf
sha
968c7f84f9cb5b1d8b4c2f93decff12ef0a69e084a99530fa4fee6058399cf9d06b993c1ed9dbc4b95a
cd5966977a7057755f9806fe83d277ff07b9b38f74308 miguel.almazan.pdf

md5 57b9e8f969fe734bd1073f2e8999fe68 miguel.almazan@gmail.com - Billing Console.pdf
sha
d551c2dfa0493e4c4fe10ba708ddc6b36d3323c245fd41eb5bae9c5e65258b80ae9fd02cff0d16d66d
6c21e143b87fd8aedfc35da4d635a2bd32783745427a7b miguel.almazan@gmail.com - Billing
Console.pdf

md5 4c5be1797460397b18824d51c36bd213 miguel.almazan@gmail.com.mbox
sha
9d5f0272a56501a793d9e41c7b774a9ab505a899fe5902b72bf7e20dc7b07476a1b53b60445b50be



USLawEnforcement@google.com
Fax: 650.249.3429
www.google.com

801ad4d8baf7e0d7ab174ad5d3aaa1647721ba8861c194bc  miguel.almazan@gmail.com.mbox

md5 e292b55fb5601b82b35c5b7a8f3b0339 FFRACINGSTABLES.mbox
sha
dbfa4843e6a65992d2b42353d8fe4f5fa5313765896facdeeb64944931b5f4ed6448e1c428f8022597
25fdf2fa6549c02523f20c03c206c383f5f185ad6a2a66  FFRACINGSTABLES.mbox

md5 6b4544256b163ee54a9c76d6f25c450c ffracingstables.pdf
sha
bbf700a10f8effcb5c87ea3254cf4576e983353e207f75759482f87d1df4c0b8f38265322fd04a86510
53624939385e27efa50f2bfcf7d9eded2e41d791dc963  ffracingstables.pdf

md5 4a3a840bd0e53e69611340598af44852 miguel.almazan.mbox
sha
4cbdd247183e57cfd7f865fa2ce48ae21dff61d9de6547b5e02d16d208a649e2edb9281fc9513b0162
340dff2da103bfb584b24acca4937759d48faf33bbe01f  miguel.almazan.mbox

md5 a08aa712ba57ca88f96306bb90303fc8 miguel.almazan.pdf
sha
cca1e18a36bf2715db13bbe39a15ab247ee881783796f86fb2c345baa0bd06ace877c2f871cadcb0dd
f04632a3e33cca7eb0795019710f3e340c4961018e3090  miguel.almazan.pdf

# CERTIFICATION OF RECORDS OF
# REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_ §
§
COUNTY OF _Williamson_ §

      BEFORE ME, the undersigned authority, personally appeared _Beverly Shoemaker_, who, being by me duly sworn and upon his/her oath, stated as follows:

    1.    My name is _Beverly Shoemaker_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    2.    I am employed by and/or associated with _Eagle Bank a branch of_ _Round Top State Bank_ in the position of _Assistant Vice President_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

    3.    Attached hereto are _____ pages of original records or true and accurate copies of original records which:

        a.    were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

        b.    were kept in the course of regularly conducted activity;

        c.    were made by the regularly conducted activity as a regular practice; and

        d.    if not original records, are true and accurate duplicates of original records.

_Beverly Shoemaker_
**AFFIANT**

SWORN TO AND SUBSCRIBED before me on the _11_ day of _September_ _2012_.
          date        month    year

_Chesna Smith_
Notary Public
State of _Texas_

CHESNA O. SMITH
Notary Public, State of Texas
My Commission Expires
December 02, 2014

Printed Name: _Chesna Smith_

My commission expires on: _December 2, 2014_

## CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF _Texas_                    §
                                    §
COUNTY OF _Dallas_                  §

    BEFORE ME, the undersigned authority, personally appeared _Sonni Molloy_____, who, being by me duly sworn and upon his/her oath, stated as follows:

    1.   My name is _Sonni Molloy_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    2.   I am employed by and/or associated with _Southwest Airlines Co._, in the position of _Subpoena Research Specialist_, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

    3.   Attached hereto are _12_ pages of original records or true and accurate copies of original records which:

        a.   were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

        b.   were kept in the course of regularly conducted activity;

        c.   were made by the regularly conducted activity as a regular practice; and

        d.   if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _25_ day of _February_, _2013_.
             date        month     year

MONIQUE GOUJAT
Notary Public
State of Texas
My Comm. Expires 01-05-2016

_____
Notary Public
State of _Texas_

Printed Name: _Monique Goujat_

My commission expires on: _1/5/2016_

# CERTIFICATION OF RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

STATE OF ___Calif___

COUNTY OF ___Orange___

§
§
§

BEFORE ME, the undersigned authority, personally appeared _____ .., who, being by me duly sworn and upon _____ his/her oath, stated as follows:

1.    My name is ___VERONICA K GREGORY___ . I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2.    I am employed by and/or associated with ___Roxco Book Keeping Service___ *Jose Clapes Recing State* in the position of ___Book Keeper___, and by reason of my position am authorized and qualified to make this declaration, either as custodian of records or otherwise.

3.    Attached hereto are _____ pages of original records or true and accurate copies of original records which:

   a.    were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

   b.    were kept in the course of regularly conducted activity;

   c.    were made by the regularly conducted activity as a regular practice; and

   d.    if not original records, are true and accurate duplicates of original records.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the __28__ day of __Feb.__, __2013__.
                                              date              month          year

_____
Notary Public
State of ___California___

Printed Name: ___Lisa Twarog___

My commission expires on: ___May 1, 2013___

LISA TWAROG
COMM. #1847105
NOTARY PUBLIC -CALIFORNIA
ORANGE COUNTY
My Comm. Expires May 1, 2013

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**
**(Pursuant to Federal Rules of Evidence 803(6) and 902(11))**

I, Evelyn Blackwell, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a Subpoena.

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records are:

1  made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the Subpoena.

2.  kept in the course of regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

3.  made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA  98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: _Evf Blackwell_

Dated this 22nd day of February, 2013.