UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CRIMINAL NO. A-12-CR-210 (3, 6, 7, 11, |
| | ) 18) SS |
| **MIGUEL ANGEL TREVINO** | ) |
| **MORALES, et al.** | ) |
| | ) |
| **Defendant.** | |

**UNITED STATES' NOTICE OF
BUSINESS RECORDS AFFIDAVIT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides notice of the following evidence that intends to be offered through a business records affidavit pursuant to Federal Rules of Evidence Rules 803(6) and 902(11). The records have been provided to the defense pursuant to Federal Rules of Evidence Rule 16 as previously noted with corresponding Bates Stamp and are also available for inspection. Additional business record affidavits are attached, and the government will continue to provide any new affidavits.

1

                                    Respectfully submitted,

                                    ROBERT PITMAN
                                    UNITED STATES ATTORNEY

                   By:     /s/ Michelle Fernald
                                    MICHELLE E. FERNALD
                                    Assistant U. S. Attorney
                                    816 Congress Avenue, Ste. 1000
                                    Austin, Texas   78701
                                    Tel 512/916-5858
                                    Fax 512/916-5854
                                    State Bar No. 00796075

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2013, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorney(s) of record, addressed to:

**David Finn**
Representing **Jose Trevino-Morales (3)**

**Richard Esper**
Representing **Eusevio Maldonado Huitron (11)**

**Mike DeGuerin**
Representing **Francisco Antonio Colorado Cessa (6)**

**Thomas Brent Mayr**
Representing **Jesus Maldonado Huitron (18)**

**Guy Womack**
Representing **Fernando Solis Garcia (7)**

                                    /s/ Michelle Fernald
                                  Michelle Fernald
                                  Assistant U.S. Attorney