FILED
MAY - 9 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America § | |
| § | CRIMINAL NO: |
| vs. § | AU:12-CR-00210(3,6,7,11,18)-SS |
| § | |
| (3) Jose Trevino Morales § | |
| (6) Francisco Antonio Colorado Cessa § | |
| (7) Fernando Solis Garcia § | |
| (11) Eusevio Maldonado Huitron § | |
| (18) Jesus Maldonado Huitron § | |

## JURY TRIAL LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Jose M. Garza | 1. Shay Cox on behalf of Eusevio Huitron |
| 2. Mario Alfonso Cuellar-Salazar | 2. Harry John Casler on behalf of Jesus Huitron |
| 3. Tammy Canida | 3. Rudy Segura on behalf of Jesus Huitron |
| 4. Russell C. Stooks | 4. |
| 5. Jose Vasquez, Jr. | 5. |
| 6. Jose Vasquez, Sr. | 6. |
| 7. Mauricio Paez | 7. |
| 8. Billie Bob Price | 8. |
| 9. Gerardo Mata-Morales | 9. |
| 10. Sharon Moore Crain | 10. |
| 11. Alejandra Obregon | 11. |
| 12. Marcial Reyes | 12. |
| 13. Johnny Sosa | 13. |
| 14. Hernando Guerra | 14. |
| 15. Dr. Shalyn Bliss | 15. |

| | | |
|---|---|---|
| 16. | William Jesse Pilgrim | 16. |
| 17. | Jose Carlos Hinojosa | 17. |
| 18. | Special Agent Edward James O'Dwyer | 18. |
| 19. | Special Agent Joshua Paul Schenk | 19. |
| 20. | Matthew Scott Martin | 20. |
| 21. | Special Agent Jonathan Spaeth | 21. |
| 22. | Jane Eckert | 22. |
| 23. | Special Agent Andrew Farabol | 23. |
| 24. | Special Agent Scott Thagard | 24. |
| 25. | Hector Moreno | 25. |
| 26. | Diane Kathleen Reed | 26. |
| 27. | Alfonso Del Rayo-Mora | 27. |
| 28. | Jeff Tebow | 28. |
| 29. | Officer Myrna Reyes | 29. |
| 30. | Brian Schutt | 30. |
| 31. | Floyd Edmond Wise | 31. |
| 32. | Jose Mendoza | 32. |
| 33. | Matthew Ross Whitman | 33. |
| 34. | Adan Farias | 34. |
| 35. | Ricardo Barrera | 35. |
| 36. | Arian Jaff | 36. |
| 37. | Special Agent Michael Fernald | 37. |
| 38. | Kyle Mori | 38. |
| 39. | Felipe Quintero | 39. |
| 40. | Debra Kempe | 40. |
| 41. | Jose Flores | 41. |
| 42. | Jaime Gomez | 42. |

| | | | |
|---|---|---|---|
| 43. | Juan Aleman | 43. | |
| 44. | Raul Guadalajara Guia | 44. | |
| 45. | Special Agent Rene Amarillas | 45. | |
| 46. | Special Agent William Johnston, Jr. | 46. | |
| 47. | Special Agent Billy Williams | 47. | |
| 48. | Special Agent Charles Cox, III | 48. | |
| 49. | Special Agent Kevin Hicks | 49. | |
| 50. | Jesus Enrique Rejon-Aguilar | 50. | |
| 51. | Tyler David Graham | 51. | |
| 52. | Special Agent Steve Pennington | 52. | |
| 53. | Special Agent Scott Lawson | 53 | |
| 54. | Hector Moreno recalled | 54. | |
| 55. | | 55. | |
| 56. | | 56. | |
| 57. | | 57. | |
| 58. | | 58. | |
| 59. | | 59. | |
| 60. | | 60. | |
| 61. | | 61. | |
| 62. | | 62. | |
| 63. | | 63. | |
| 64. | | 64. | |
| 65. | | 65. | |
| 66. | | 66. | |
| 67. | | 67. | |
| 68. | | 68. | |