UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § |
| v. | § |
| | § A-12-CR-210 SS |
| JOSE TREVINO-MORALES(3) | § |
| FRANCISCO ANTONIO COLORADO CESSA(6) | § |
| FERNANDO SOLIS GARCIA(7) | § |
| EUSEVIO MALDONADO HUITRON (11) | § |
| JESUS MALDONADO HUITRON (18) | § |
| Defendants. | § |

FILED
MAY 9 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## UNITED STATES' EXHIBIT LIST

| No. | Exhibit | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | (OK)Photograph of Tempting Dashing winner's circle/Texas Classic; 11/28/09 (1B81) | ✓ | 4-22-13 |
| 2 | (OK)Photograph of Mr. Piloto winner's circle/All American Futurity (1B84) | ✓ | 4-22-13 |
| 2a | (OK) Photograph Mr. Piloto/All American Futurity Trial on August 19, 2010 (1B122) | ✓ | 4-22-13 |
| 2b | (OK) Large photograph of Mr. Piloto/All American Futurity/ Sept 2010 (1B84) | ✓ | 4-22-13 |
| 3 | (OK)Poster of Big Daddy Cartel/2011 All American Futurity (1B19) | ✓ | 4-22-13 |
| 4 | (OK)Poster Feature Honor/All American Futurity Trial; 8/19/10 (1B152) | ✓ | 4-22-13 |
| 5 | (OK) Photograph of Royal Jess/ Remington Park; 3/30/12 (1B13) | ✓ | 4-22-13 |
| 6 | (OK)Check ledger for Tremor (1B105) | ✓ | 4-22-13 |
| 7a | (OK)Envelope from SSS containing Tempting Dash 2011 breeding contracts (1B122) | ✓ | 4-22-13 |
| 7b | (OK) SSS Mr. Piloto breeding contracts 2011(1B135) | ✓ | 4-22-13 |
| 7c | (OK) SSS Tempting Dash 2012 breeding contracts (1B114) | ✓ | 4-22-13 |
| 7d | (OK) SSS Tempting Dash 2011 breeding contracts (1B154) | ✓ | 4-22-13 |
| 7e | (OK) SSS Tempting Dash 2012 breeding contracts | ✓ | 4-22-13 |

|     | (1B153) |   |   |
| --- | --- | --- | --- |
| 7f  | (OK) SSS Mr. Piloto 2011 breeding contracts (1B154) | ✓ | 4-22-13 |
| 7g  | (OK)SSS Carlos Nayen breeding contracts (1B153) | ✓ | 4-22-13 |
| 8a  | (OK)Twenty (20) unsigned contracts with Nieto (1B122 and 1B114) | ✓ | 4-22-13 |
| 8b  | (OK) Eighteen (18) Unsigned Contracts for Nahin Hernandez (1B114) | ✓ | 4-22-13 |
| 8c  | (OK) Eighteen (18 Unisgned Contracts with Roldan (1B122) | ✓ | 4-22-13 |
| 8d  | (OK) Fourteen (14) unsigned contracts with Garcia (1B122) | ✓ | 4-22-13 |
| 9   | (OK)Breeding contract between Jesus and Jose contracts: Eyesa Jumpin (1B122): | ✓ | 4-22-13 |
| 10  | (OK) Breeding contract between Jose and Nayen/ (1B122) | ✓ | 4-22-13 |
| 11a | (OK) Photo Finish of Snowy Cartel at 2010 Dash for Cash (1B122) | ✓ | 4-22-13 |
| 11b | (OK) Photo of Forest Park at 2010 Dash for Cash Futurity Trial (1B122) | ✓ | 4-22-13 |
| 11c | (OK)Photo My Brother's Chic at 2010 Dash for Cash Futurity Trial on September 24, 2010 (1B105) | ✓ | 4-22-13 |
| 11d | (OK) Photo Fly First Down 2011 Ruidoso Furtiy Trial (1B105) | ✓ | 4-22-13 |
| 11e | (OK) Photograph Tempting Dash Winner's Circle/Oct 10, 2009 Dash for Cash Trial (1B113) | ✓ | 4-22-13 |
| 11f | (OK) Photograph Tempting Dash Winner's Circle/ October 24, 2009 Dash for Cash Final (1B113) | ✓ | 4-22-13 |
| 12  | (OK) Departure Records from Lazy E Ranch(1B5) | ✓ | 4-22-13 |
| 13  | (OK) AT&T Statement  (1B22) | ✓ | 4-22-13 |
| 14  | (OK) Post it  (1B35) | ✓ | 4-22-13 |
| 15  | (OK) Business Card of Veronica Guerra's address (1B37) | ✓ | 4-22-13 |
| 16  | (OK) Heritage Place sales receipt for unnamed yearling $5,500; 1/15/10 (1B95) | ✓ | 4-22-13 |
| 17  | (OK) Bank of America $40,000 wire transfer/check (1B95) | ✓ | 4-22-13 |
| 18  | (OK) Purchase Contract for Piloto and Number One Cartel  (1B95) | ✓ | 4-22-13 |
| 19  | (OK) FedEx receipt  (1B95) | ✓ | 4-22-13 |
| 20  | (OK) Vet Bills (1B97) | ✓ | 4-22-13 |
| 21  |     |     | 4-22-13 |
| 22  | (OK) Photo Album of Mr. Piloto (1B83) | ✓ | 4-22-13 |
| 23  | (OK) Adolphus receipt 4/13/12 (1B110) | ✓ |     |
| 24  | (OK) Vet Bill (1B110) | ✓ | 4-22-13 |
| 25  | (OK) Equine Sports medicine statement 11/22/10 (1B113) | ✓ | 4-22-13 |
| 26  | (OK) Six pages (6) of Equine Test/Coggins Report | ✓ | 4-22-13 |

|       | (1B114)                                                                                |         |          |
|-------|----------------------------------------------------------------------------------------|---------|----------|
| 27a   | (OK)Thirty four (34) AQHA Certificate of Registration (1B114)(1B134)                   | ✓       | 4-22-13  |
| 27b   | (OK) Seven (7) purchase packets from Heritage Sale 11/5/2011 (1B114)                   | ✓       | 4-22-13  |
| 27c   | (OK) Three (3) AQHA Cert of Reg for mares (1B114)                                      | ✓       | 4-22-13  |
| 27d   | (OK) AQHA Cert of Registr on My Brother's Chick (1B114)                                | ✓       | 4-22-13  |
| 27e   | (OK)AQHA Cert of Reg on Tempting Dash and Mr. Piloto (1B114)                           | ✓       | 4-22-13  |
| 27f   | (OK) 66 Land LLC check to Luis Aguirre for 35 mares (1B154)                            | ✓       | 4-22-13  |
| 28a   | (OK)Heritage Sales Ticket for Mr. Perry's Wine purchase packages (1B134)               | ✓       | 4-22-13  |
| 28b   | (OK) Heritage Place Sales Ticket and Security Agreement Katie's Sign (1B134)           | ✓       | 4-22-13  |
| 28d   | Heritage Place Sales Book for January 2011                                             | ✓       | 4-22-13  |
| 28e   | (OK) Zule Farm expenses/invoices (1B135)                                               | 4-18-13 | 4-18-13  |
| 28f   | (OK) Handwritten boarding notes (1B135)                                                | ✓       | 4-22-13  |
| 29    | (OK) Handwritten note with Hernando Guerra address and number (1B134)                  | ✓       | 4-22-13  |
| 30    | (OK) Two (2) pages AQHA transfer report(1B134)                                         | ✓       | 4-22-13  |
| 31a   | (OK) Photo copy check and NSF letter from BOA dated March 19, 2012 (1B134)             | ✓       | 4-22-13  |
| 31b   | (OK) Nain Hernandez check deposits (1B135)                                             | ✓       | 4-22-13  |
| 32    | (OK) Contract of sale between Jose Trevino and Bill Pilgrim: January 2012 (1B134)      | 4-18-13 | 4-18-13  |
| 33    | (OK) Billing statements for Nahen Hernandez (1B134)                                    | ✓       | 4-22-13  |
| 34    | (OK) Envelope with hotel and travel receipts (1B135)                                   | ✓       | 4-22-13  |
| 35    | (OK) Vessels Stallion Farm statement for Lagunes (1B135)                               | ✓       | 4-22-13  |
| 36    | (OK) Tremor check to Cessa for Fly First Down $400K (1B154)                            | ✓       | 4-22-13  |
| 37    | (OK) "Embryos" Sheet (1B154)                                                           | ✓       | 4-22-13  |
| 38    | (OK) Fly First Down documents                                                          | ✓       | 4-22-13  |
| 38a   | (OK)Equine Sports Medicine 9/15/11 (1B33)                                              | ✓       | 4-22-13  |
| 38b   | (OK) Photo: Fly First Down 10/16/11 (1B154)                                            | ✓       | 4-22-13  |
| 38c   | (OK) Equine Sports Medicine Account Statement June 2011 (1B33)                         | ✓       | 4-22-13  |
| 38d   | (OK) Tremor ( #1054) Check #1316 - Golden State sustaining payment (1B33)              | ✓       | 4-22-13  |
| 38e   | (OK) Tremor (#1054) Check #1299 AQHA (1B33)                                            | ✓       | 4-22-13  |
| 38f   | (OK) 2012 All American with (#1054) Tremor Check #1383 (1B33)                          | ✓       | 4-22-13  |
| 38g   | (OK) Tremor (#1054) check #1130 to 2011 All American (1B105)                           | ✓       | 4-22-13  |

| | | | |
|---|---|---|---|
| 38h | (OK) Jose Flores Racing invoice 7/31/11 with (#1054) Check #1348 (1B33) | ✓ | 4-22-13 |
| 38i | (OK) Benny Smith contract with (#1054) check #1350 (1B33) | ✓ | 4-22-13 |
| 38j | (OK) Jose Flores Racing invoice 10/31/11 with (#1054) check #1446 (1B33) | ✓ | 4-22-13 |
| 38k | (OK) Equine Sports fax 7/26/11 and statement (1B33) | ✓ | 4-22-13 |
| 38l | (OK) 2012 Ruidoso Derby reminder notice and (#1054) check # 1458 (1B33) | ✓ | 4-22-13 |
| 38m | (OK) 2012 All American reminder notice and (#1054) check #1460 (1B33) | ✓ | 4-22-13 |
| 38n | (OK) 2012 Rainbow Derby reminder notice with (#1054) check #1459 (1B33) | ✓ | 4-22-13 |
| 38o | (OK) Two check (#1054) for 2012 Los Alamitos Super Derby (1B33) | ✓ | 4-22-13 |
| 38p | (OK) Jose Flores Racing invoice 8/31/11 with check (1B33) | ✓ | 4-22-13 |
| 38q | (OK) Wire request ofr $6809 to Yearsley on 6/6/11 (1B33) | ✓ | 4-22-13 |
| 38r | (OK) Equine Sports Medicine statement 10/15/11 (1B33) | ✓ | 4-22-13 |
| 38s | (OK) Equine Sports Medicine account statement June 2011 (1B33) | ✓ | 4-22-13 |
| 38t | (OK) Equine Sports Medicine statement 10/15/2011 with (#1054) check #1507 (IB33) | ✓ | 4-22-13 |
| 38u | (OK) Jose Flores Racing invoice 11/30/11 with (#1054) check #1488 (1B33) | ✓ | 4-22-13 |
| 38v | (OK) 2012 Southern Calif reminder notice and (#1054) check #1485(1B33) | ✓ | 4-22-13 |
| 38w | (OK) BOA - Tremor Enterprises( #1054) - 12/30/11 wire to Equine (1B97) | ✓ | 4-22-13 |
| 38x | (OK) 2012 Los Alamitos Super Derby (#1054) with check #1398 (1B97) | ✓ | 4-22-13 |
| 38y | (OK) North American check to Trevino for $400,000 (1B97) | ✓ | 4-22-13 |
| 38z | (OK) Jose Flores Raching invoice for 9/30/11 (1B97) | ✓ | 4-22-13 |
| 38aa | (OK) Tremor (#1054) check #1479 to San Luis Rey Equine $2,000 (1B97) | ✓ | 4-22-13 |
| 39 | (OK) Blues Girl Choice documents | ✓ | 4-22-13 |
| 39a | (OK) BOA - Tremor Enterprises (#1054) 5/20/10 wire to Santa Fe Roldan for $30,000 (1B105) | ✓ | 4-22-13 |
| 39b | (OK) Los Alamitos sustaining pymt reminder with check (1B105) | ✓ | 4-22-13 |
| 39c | (OK) Tremor (#1054) check #1072 to LAQHRA (1B105) | ✓ | 4-22-13 |
| 39d | (OK) Tremor (#1054) check #1071 to LAQHRA (1B105) | ✓ | 4-22-13 |
| 39e | (OK) Los Alamitos sustaining pymt reminder with check #1102 (1B105) | ✓ | 4-22-13 |

| | | | |
|---|---|---|---|
| 40 | (OK) Combine on Blues horse | ✓ 4-22-13 | 4-22-13 |
| 40a | (OK) Tremor balance sheet for 12/2010 (1B99) | | 4-22-13 |
| 40b | (OK) Francisco Rubio documents (1B33) | ✓ | 4-22-13 |
| 41 | (OK) Blues Ferrari documents | ✓ | 4-22-13 |
| 41a | (OK) Tremor (#1054) check #1155 to LAQHRA (1B33) | ✓ | 4-22-13 |
| 41b | (OK) Equine Sports Statement 1/15/11 (1B33) | ✓ | 4-22-13 |
| 41c | (OK) TX Classic Derby with check #1157 (1B105) | ✓ | 4-22-13 |
| 41d | (OK) Tremor (#1054) check #1146 to LAQHRA (1B105) | ✓ | 4-22-13 |
| 41e | (OK) Tremor (#1054) check #1147 to LAQHRA (1B33) | ✓ | 4-22-13 |
| 42 | (OK) First American Title for Douglas half (1B105) | ✓ | 4-22-13 |
| 43 | (OK) BOA (#1054) wire for Santa Fe Roldan 6/28/11 for $45,000 (1B33) | ✓ | 4-22-13 |
| | | | |
| 51a | (ATX) Eusevio signture as President Huitron Painting (1B175) | ✓ | 4-22-13 |
| 51b | (ATX) Jesus Huitron signing as president in 2010 (1B209) | ✓ | 4-22-13 |
| 52 | (ATX) Jesus Huitron Statement of Account (1B222) | ✓ | 4-22-13 |
| 54 | (ATX) Villarreal Occupational License (1B222) | ✓ | 4-22-13 |
| 53 | | | |
| 55a | (ATX) Elgin Vet Clinic Bill to Euseviob (1B222) | ✓ | 4-22-13 |
| 55b | (ATX) Docs with one handwritten and other list of horses (1B222) | ✓ | 4-22-13 |
| 55c | (ATX) List of Horses (1B222) | ✓ | 4-22-13 |
| 56 | (ATX) Fernando Garcia files (2) (1B22) | ✓ | 4-22-13 |
| 57 | | | |
| 58a | (ATX) Photo of Jukebox Zoom (1B258) | ✓ | 4-22-13 |
| 58b | (ATX) Photo of Reba Reba Corona/Feb 6, 2011 (1B258) | ✓ | 4-22-13 |
| 58c | (ATX) Photo of A Snowy Cartel/Dash for Cash Futurity October 9, 2010 (1B229) | 4-18-13 | 4-18-13 |
| 58d | (ATX) Photo Tempting Dash TX Futurity on Nov 28, 2009 (1B259) | ✓ 4-22-13 | 4-22-13 |
| 59 | (ATX) New Mexico Coggins Lab Report Forty-Force April 19, 2010 (1B168) | ✓ | 4-22-13 |
| 60a | (ATX ) 8/15/10 Handwritten notes with phone # (1B168) | ✓ | 4-22-13 |
| 60b | (ATX) 9/14/10 Handwritten notes (1B168) | ✓ | 4-22-13 |
| 60c | (ATX) 9/25/10 Typed and handwritten notes(1B224) | ✓ | 4-22-13 |
| 60d | (ATX) 12/23/10 Typed and handwritten organizational horses (1B224) | ✓ | 4-22-13 |
| 60e | (ATX) 5/1/11 Handwritten notes: (1B224) | ✓ | 4-22-13 |
| 61 | (ATX) AQHA Transfer Forms (Blank and filled in) Jan 2009(1B168) | ✓ | 4-22-13 |
| 62a | (ATX) Letter from Villarreal to Jesus to transfer money(1B168) | ✓ | 4-22-13 |
| 62b | (ATX) Letter dated September 11, 2008 from Villarreal | ✓ | 4-22-13 |

|  | transferring $6,000 to Jesus (1B227) |  |  |
|---|---|---|---|
| 63 | (ATX) Sustaining payment list (1B168) | ✓ 4-22-13 | 4-22-13 |
| 64 | (ATX) Elgin Vet Bill for Villarreal (1B168) | ✓ | 4-22-13 |
| 65a | (ATX) In Fernando Garcia file (1B224) | ✓ | 4-22-13 |
| 65b | (ATX) Billing statements (1B224) | ✓ | 4-22-13 |
| 66 | (ATX) Handwritten Poker Ranch note(1B227) | ✓ | 4-22-13 |
| 67 | (ATX) Emergency Application(1B227) | ✓ | 4-22-13 |
| 68 | (ATX) AQHA Lone Star Park Identifiers Transfer Reports(1B227) | ✓ | 4-22-13 |
| 69a | (ATX) Jose Trevino File #1 (1B227) | ✓ | 4-22-13 |
| 69b | (ATX) Trevino-Morales: File #2 (1B227) | ✓ | 4-22-13 |
| 70 | (ATX) Elgin Vet Bill (1B224) | ✓ | 4-22-13 |
| 71 | (ATX) Legal Notepad (1B229) | ✓ | 4-22-13 |
| 72 | (ATX) Email: Two (2) on September 7, 2011 (1B229) | ✓ | 4-22-13 |
| 73 | (ATX) Texas Tollways Notice of Violation (1B229) | ✓ | 4-22-13 |
| 74 | (ATX) 9 Checks(1B229) (1B226) | ✓ | 4-22-13 |
|  |  |  |  |
| 101 | (MTX) Money Bands (1B263) | ✓ | 4-22-13 |
| 102a | (MTX) Three (3)Photos: Mr. Piloto wins- (1B266) | ✓ | 4-22-13 |
| 102b | (MTX) Horse Photo: Reba Reba Corona April 1, 2011 (1B266) | ✓ | 4-22-13 |
| 102c | (MTX)Two (2) Photos: Fly Corona April 1, 2011 (1B266) | ✓ | 4-22-13 |
| 102d | (MTX) Photo: Juanita Mi Amore July 2, 2011 (1B266) | ✓ | 4-22-13 |
| 102e | (MTX) Photo: Blues Ferrari 10/15/10 (1B266) | ✓ | 4-22-13 |
| 102f | (MTX) Photo: Big Daddy Cartel 7/8/11 (1B266) | ✓ | 4-22-13 |
| 102g | (MTX) Photo: Buggatti 7/2/11 (1B266) | ✓ | 4-22-13 |
| 102h | (MTX) Photo: Lady Nayen July 2, 2011 (1B266) | ✓ | 4-22-13 |
| 102i | (MTX) Photo: Times a Wasting 9/19/10 (1B266) | ✓ | 4-22-13 |
| 102j | (MTX) Photo: Mr. Piloto 8/19/10 (1B266) | ✓ | 4-22-13 |
| 102l | (MTX) Photo: Mi Flash (1B266) | ✓ | 4-22-13 |
| 102k | (MTX) Photo: Feature Honor 8/19/10 (1B266) | ✓ | 4-22-13 |
| 102m | (MTX) Photo: Mi Flash 7/23/11 (1B269) | ✓ | 4-22-13 |
| 102n | (MTX) Photo: Fly First Down 5/27/11 (1B266) | ✓ | 4-22-13 |
| 103a | (MTX) AQHA Certif of Reg: First Prize Smith(1B266) | ✓ | 4-22-13 |
| 103b | (MTX)AQHA Certif of Reg: Corona Be Cool (1B266) | ✓ | 4-22-13 |
| 104 |  |  |  |
| 105 | (MTX) AQHA Cert of Reg on 14 of 35 Mares7(1B269) | ✓ | 4-22-13 |
| 106a | (MTX) Book Heritage Yearling Sale on 9/11 (1B269) | ✓ | 4-22-13 |
| 106b | (MTX) Book Heritage Yearling Sale on 11/11 (1B269) | ✓ | 4-22-13 |
| 106c | (MTX) Book Ruidoso Yearling Sale on 9/11 (1B269) | ✓ | 4-22-13 |
| 106d | (MTX) Back Cover of Ruidoso Sale (1B269) | ✓ | 4-22-13 |
| 106e | (MTX) Los Alamitos Equine Sale 2011 (1B269) | ✓ | 4-22-13 |
|  |  |  |  |
| 126 | (NM) Ten (10) AQHA blank (1B300) | ✓ | 4-22-13 |
| 127 | (NM) Garcia Wells Fargo Statement1 (1B300) | ✓ | 4-22-13 |

| | | | |
|---|---|---|---|
| 128a | (NM) Bonanza Racing Bank Statements March 31, 20116 (1B287) | ✓ 4-22-13 | 4-22-13 |
| 128b | (NM) Wells Fargo Account Application by Francisco Silva Ramos(1B298) | ✓ | 4-22-13 |
| 129 | (NM) Billing Statement to Cessa in name of Aguirre (1B300) | ✓ | 4-22-13 |
| 130 | (NM) Nueva Laredo Futurity 2009 (1B293) | ✓ | 4-22-13 |
| 131 | (NM) Envelope "Mexico" Twenty Six (26) Copies of AQHA Cert of Reg (1B293) | ✓ | 4-22-13 |
| 132 | (NM) AQHA Cert of Reg: Molotov, Loose Chick, Corona James, BP Hessa Jess, Don Herbie (1B300) (1B288)(1B293) | ✓ | 4-22-13 |
| 134 | (NM) ID cards of de la Vega (Desiree Princess Ranch)(1B296) | ✓ | 4-22-13 |
| 135 | (NM) OK Agriculture receipt 5/18/12 (1B305) | ✓ | 4-22-13 |
| 137 | (NM) Vet bill; Tampolita's Boy(1B293) | ✓ | 4-22-13 |
| 138 | (NM) AQHA with membership card (1B293) | ✓ | 4-22-13 |
| 139 | (NM) FedEx from Jesus Huitron (1B293) | ✓ | 4-22-13 |
| 140 | (NM) July 10, 2010 Sales contract Mr. Piloto (1B293) | ✓ | 4-22-13 |
| 141 | (NM) Yearsley Bloodstock Insurance Schedule (1B291) | ✓ | 4-22-13 |
| 142a | (NM) Poker Ranch Horseman's Accounts (1B291) | ✓ | 4-22-13 |
| 142b | (NM) Desiree Horseman's Account (1B291) | ✓ | 4-22-13 |
| 143 | (NM) Seven (7) AQHA registration application(1B291) | ✓ | 4-22-13 |
| | | | |
| 176 | (DTX) Photo: Hunting (1B28) | | |
| 177a-f | (DTX) Six (6) Photos: Jose with Miguel, Omar, and Kiko (1B28) | ✓ | 4-22-13 |
| 178a | (DTX) Social Security Summary 2006 - Zulema Trevino (1B25) | ✓ | 4-22-13 |
| 178b | (DTX) Social Security Summary 2010 -Jose Trevino (1B25) | ✓ | 4-22-13 |
| 179 | (DTX) Tickets of Poker Ranch for Big Daddy Cartel (1B25) | ✓ | 4-22-13 |
| 180 | (DTX) Business Card of Zule Farms:Owners Jose and Zulema (1B25) | ✓ | 4-22-13 |
| 181 | (DTX)Sale contract for Douglas first track of land (1B29) | ✓ | 4-22-13 |
| 182 | (DTX) Breeding talleys (1B29) | ✓ | 4-22-13 |
| 183a | (DTX)Aerial photos Lexington Ranch (1B25) | ✓ | 4-22-13 |
| 183b-d | Aerial photos of Lexington Ranch | ✓ | 4-22-13 |
| | | | |
| 201a-b | (CA-FQ) Two (2) photos of FQ with Mr. Piloto (1B144) | ✓ | 4-22-13 |
| 202 | (CA-FQ) Adan to whom it may concern (1B145) | ✓ | 4-22-13 |
| 203 | CA-FQ) Yearsley Insurance documents 9/5/10 and 9/15/10 (1B156) | ✓ | 4-22-13 |
| 204 | | | |

| | | | |
|---|---|---|---|
| 205 | | | |
| 206 | (CA-CN) AQHA Cert of Reg: Lady Nayen (1B150) | ✓ 4-22-13 | 4-22-13 |
| 207 | (CA-CN) Two pages of paperwork with Alejandro Barradas (1B150) | ✓ 4-22-13 | 4-22-13 |
| 226 | **AQHA Records** | 4-16-13 | 4-16-13 |
| 226a-c | Sample AQHA forms for Cert of Reg, Transfer of Ownership, Lease | 4-16-13 | 4-16-13 |
| 227 | **Schvaneveldt Horse Sales Rec** | 4-17-13 | 4-18-13 |
| 227a | Schvaneveldt 2008 Winter Sale/December 14, 2009 | 4-18-13 | 4-18-13 |
| 227b | Schvaneveldt 2008 Yearling Sale/August 5, 2008 | 4-18-13 | 4-18-13 |
| 227c | Schvaneveldt 2009 Yearling Sale/August 4, 2009 | 4-18-13 | 4-18-13 |
| 228 | **Pacific Coast Horse Sales Records** | 4-17-13 | 4-18-13 |
| 229 | **Los Alamitos Horse Sales Rec/Quarter Horse Racing Inc.** | 4-17-13 | 4-17-13 |
| 229a | Horsemen's Bookkeeper Records | 4-17-13 | 4-17-13 |
| 229b | Los Alamitos 2008 Equine Sales | 4-17-13 | 4-17-13 |
| 229c | Los Alamitos 2009 Equine Sales | 4-17-13 | 4-17-13 |
| 229d | Los Alamitos 2010 Equine Sales | 4-17-13 | 4-17-13 |
| 229e | Los Alamitos 2011 Equine Sales | 4-17-13 | 4-17-13 |
| 230 | **Heritage Place (Box Containing #294 a-l)** | 4-17-13 | 4-17-13 |
| 230a-l | Heritage Place Sept 2008 | 4-17-13 | 4-17-13 |
| 230b | Heritage Place Oct 2008 | 4-17-13 | 4-17-13 |
| 230c | Heritage Place Jan 2009 | 4-17-13 | 4-17-13 |
| 230d | Heritage Place Sept 2009 | 4-17-13 | 4-17-13 |
| 230e | Heritage Place Oct 2009 | 4-17-13 | 4-17-13 |
| 230f | Heritage Place Jan 2010 | 4-17-13 | 4-17-13 |
| 230g | Heritage Place Sept 2010 | 4-17-13 | 4-17-13 |
| 230h | Heritage Place Oct 2010 | 4-17-13 | 4-17-13 |
| 230i | Heritage Place Jan 2011 | 4-17-13 | 4-17-13 |
| 230j | Heritage Place Sept 2011 | 4-17-13 | 4-17-13 |
| 230k | Heritage Place Nov 2011 | 4-17-13 | 4-17-13 |
| 230l | Heritage Place Jan 2012 | 4-17-13 | 4-17-13 |
| 231 | **Ruidoso** | 4-18-13 | 4-18-13 |
| 231a | Ruidoso: Horse Purchases | 4-18-13 | 4-18-13 |
| 231b | Ruidoso: Horsemen's Account | 4-18-13 | 4-18-13 |
| 231c | Ruidoso: Race Track | 4-18-13 | 4-18-13 |
| 231d | Ruidoso: Four horses sold 8/31/12 | 4-18-13 | 4-18-13 |
| 232 | **Remington Park** | | |
| 232a | Remington: Horsemen's Statement | 4-18-13 | 4-18-13 |
| 232b | Remington: Horse Earnings | 4-18-13 | 4-18-13 |
| 233 | **Southwest Stallion Station (SSS)** | 4-18-13 | 4-18-13 |
| 233a | Southwest Stallion: Boarding Fees | 4-18-13 | 4-18-13 |
| 233b | Southwest Stallion: Carlos Nayen | 4-18-13 | 4-18-13 |
| 234 | **Texas Horsemen Bookkeeper Rec** | 4-18-13 | 4-18-13 |
| 226e | Log Sheet (Demonstrative) | 4-16-13 | 4-16-13 |
| 226d | Horses Sold by a Cust Id | 4-16-13 | 4-16-13 |

| | | | |
|---|---|---|---|
| 235 | **OK Racing Commission** | 4-18-13 | 4-18-13 |
| 237 | **Eclipse Sale Co** | 4-18-13 | 4-18-13 |
| 238 | **Burns Ranch** | 4-18-13 | 4-18-13 |
| 239 | **Lazy E Ranch** | 4-18-13 | 4-18-13 |
| 240 | **Legacy Ranch** | 4-18-13 | 4-18-13 |
| 242 | **Paul Jones Racing Stables** | 4-18-13 | 4-18-13 |
| 243 | **William Thead Vessels Stallion Farm** | 4-18-13 | 4-18-13 |
| 250 | **Jose & Zulema Trevino bank records** | 4-18-13 | 4-18-13 |
| 250a | BOA - Jose Trevino Acct #5000 | 4-18-13 | 4-18-13 |
| 250b | BOA - Tremor Enterprises # 1054 | 4-18-13 | 4-18-13 |
| 250c | BOA - Tremor Enterprises # 7266 | 4-18-13 | 4-18-13 |
| 250d | BOA - 66 Land Acct # 4143 | 4-18-13 | 4-18-13 |
| 250e | BOA - Zule Farms Acct #0870 | 4-18-13 | 4-18-13 |
| 250f | Prosperity Bank (Trevino) #2029965 | 4-18-13 | 4-18-13 |
| 250g | BOA - Zule Farms Acct #1569 | 4-18-13 | 4-18-13 |
| 251 | **Carlos Nayen bank records** | 4-18-13 | 4-18-13 |
| 251a | Wells Fargo - Carmina, Nayen Acct # 0199 | 4-18-13 | 4-18-13 |
| 251b | Wells Fargo - Carmina, Nayen Acct # 9495 | 4-18-13 | 4-18-13 |
| 252 | **Francisco Colorado Cessa/ADT bank records** | | |
| 252a | UBS Colorado Cessa - WT641138 | 4-18-13 | 4-18-13 |
| 252b | UBS Colorado Cessa- WT684575 | 4-18-13 | 4-18-13 |
| 252c | UBS Colorado Cessa- WT684585 | 4-18-13 | 4-18-13 |
| 252d | UBS ADT - WT673021 | 4-18-13 | 4-18-13 |
| 252e | UBS ADT - WT684555 | 4-18-13 | 4-18-13 |
| 252f | UBS ADT - WT684565 | 4-18-13 | 4-18-13 |
| 252g | AMEX (Colorado Cessa) #1008 & #1016 | 4-18-13 | 4-18-13 |
| 252h | BBVA Compass - Francisco Colorado Cessa #5560 | 4-18-13 | 4-18-13 |
| 252i | Frost National Bank #6667 (Coloroda Cessa) | 4-18-13 | 4-18-13 |
| 252j | Frost National Bank #3175 (Colorado Cessa) | 4-18-13 | 4-18-13 |
| 252k | UBS - ADT Financial Statements | 4-18-13 | 4-18-13 |
| 252l | UBS - ADT Agreements | 4-18-13 | 4-18-13 |
| 252 m | Inter National Bank - ADT #7283 | | |
| 252n | American Express Bank International (Coloroda Cessa) #8561 | | |
| | | | |
| 253 | **Feranando Garcia bank records** | 4-18-13 | 4-18-13 |
| 253a | Bank of America - Garcia, dba Bloodstock #1093 | 4-18-13 | 4-18-13 |
| 253b | Bank of American - Fernando Garcia #1077 | 4-18-13 | 4-18-13 |
| 253c | Wells Fargo - (Fernando Garcia) #6745 | 5-1-13 | 5-1-13 |
| 254 | **Victor Lopez bank records** Wells Fargo - #6061 & #4637 | 4-18-13 | 4-18-13 |
| 255 | **Sergio Rincon bank records** | | |
| 255a | Wells Fargo - Sergio Rincon (#7644 & 8833) | 4-18-13 | 4-18-13 |
| 255b | Wells Fargo Sergio Rincon (#0982 & #3150) | 4-18-13 | 4-18-13 |
| 256 | **Euseivio Huitron/ Jesus Huitron** | | |
| 241 | Receipts for $15,000.00 Blues Man's Can, etc. | 4-16-13 | 4-16-13 |

| # | Description | Date | Date |
|---|---|---|---|
| 256a | Wells Fargo # 6769 (Huitron Homes) | 4-18-13 | 4-18-13 |
| 256b | Wells Fargo #8341 (Huitron Painting) | 4-18-13 | 4-18-13 |
| 257 | **Felipe Quintero bank records** | 4-18-13 | 4-18-13 |
| 257a | Bank of America - FQ (#6710 & #5022) | 4-18-13 | 4-18-13 |
| 257b | Bank of America - FQ #1512 | 4-18-13 | 4-18-13 |
| 257c | Bank of America -FQ #9878 | 4-18-13 | 4-18-13 |
| 257d | AMEX - Felipe Quintero #2008 | 4-18-13 | 4-18-13 |
| 258 | **Raul Ramirez bank records** - Wells Fargo ( Raul Ramirez) #0545 | 4-18-13 | 4-18-13 |
| | | | |
| 259 | **Paul Jones bank records** | | |
| 259a-c | Bank of America (Paul Jones) | 4-18-13 | 4-18-13 |
| 259a | BOA - Paul Jones #1428 | 4-18-13 | 4-18-13 |
| 259b | BOA CC - Paul Jones Racing Stables #3197 | 4-18-13 | 4-18-13 |
| 259c | BOA CC- Paul Jones #4275 | 4-18-13 | 4-18-13 |
| 260 | BOA - Heritage Place (#9106 & #9568) | 4-18-13 | 4-18-13 |
| 261 | JP Chase - Gerardo Quintero #6298 | 4-18-13 | 4-18-13 |
| 262 | IBC Santa Fe Roldan #3832/ Jose Villarreal Guajardo #3357 | 4-18-13 | 4-18-13 |
| 263 | IBC - Hector Sinoe Roldon Bengoa #9707 | 4-18-13 | 4-18-13 |
| 264 | IBC - SSS and/or Tyler Graham #8844 | 4-18-13 | 4-18-13 |
| 265 | WF - Desiree Princess Ranch LLC #1735 | 4-18-13 | 4-18-13 |
| 266 | Frontier Bank - SSS #2897 | 4-18-13 | 4-18-13 |
| 267 | WF - Poker Ranch LLC #0910 & 1743 | 4-18-13 | 4-18-13 |
| 268 | JP Morgan Chase (Edith Jonguitud) (#7248 & #8588) | 4-18-13 | 4-18-13 |
| 269 | Wells Fargo ( Bonanza Racing) Acct( # 4951 & #7334) | 4-18-13 | 4-18-13 |
| 270 | Wells Fargo (Camacho) Acct # (9745 & 5597) | 4-18-13 | 4-18-13 |
| 271 | Wells Fargo ( Nain Hernandez) #7913 | 4-18-13 | 4-18-13 |
| 273 | IBC - Jose Villarreal Guajardo #8752 | 4-18-13 | 4-18-13 |
| 274 | Bank of America - LA Horses #9234 | 4-18-13 | 4-18-13 |
| 287 | Joe Garza's slides | | |
| 301 | Adolphus Hotel | 4-18-13 | 4-18-13 |
| 302 | Celina Molina records | | |
| 303 | Talley Sheets | 4-22-13 | 4-22-13 |
| 304 | CD with Opening statement slides Demon. | 4-16-13 | 4-16-13 |
| 305 | Arian Jaff: Coloroda Cessa records | 4-18-13 | 4-24-13 |
| 306 | Ariel Photo of Ranch | 4-19-13 | 4-19-13 |
| 307 | Capjet | 4-18-13 | 4-18-13 |
| 308 | Dee Brown, Inc | 4-18-13 | 4-18-13 |
| 309 | Ernst & Young | 4-18-13 | 4-18-13 |
| 310 | Notebook - Fly First Down | 4-22-13 | 4-23-13 |
| 311 | Notebook - Blues Girl's Choice | 4-22-13 | 4-23-13 |
| 312 | Notebook - Blues Ferrari | 4-22-13 | 4-23-13 |
| 313 | Juan Aleman | 4-18-13 | 4-18-13 |
| 314 | Trevino Family Photo | 4-29-13 | 4-29-13 |
| 272(a&b) | Bank Checks /Chase Bank for Alfonso Del Carpio Mora | 4-22-13 | 4-22-13 |
| 310(a) | Demonstrative - Fly First Down | 4-22-13 | 4-22-13 |
| 311(b) | Demonstrative - Blues Girl's Choice | 4-22-13 | 4-22-13 |
| 312(c) | Demonstrative - Blues Ferrari | 4-22-13 | |

| # | Description | | | |
|---|---|---|---|---|
| 315 | Lakeshore Consortium | | 4-18-13 | 4-18-13 |
| 316 | Peggy's Tax Service & Bookkeeping | | 4-17-13 | 4-17-13 |
| 317 | Rosendo Carranco & Lawson Ass | | 4-17-13 | 4-17-13 |
| 318 | Continetnial Airlines | | 4-18-13 | 4-18-13 |
| 319 | | | | |
| 320 | Map of Mexico | Demonstrative | 4-16-13 | 4-16-13 |
| 321 | Texas Stone and Tile | | 4-18-13 | 4-18-13 |
| 322 | William Morschauser records | | 4-24-13 | 4-24-13 |
| 323a-uu | Yearsley Bloodstock Insurance | | 4-18-13 | 4-18-13 |
| 324a-j | Photos | | 4-22-13 | 4-22-13 |
| 325 | Entities Poster Demonstrative | | 4-22-13 | 4-22-13 |
| 335a | Photograph Miguel Angel Trevino Morales | | 4-16-13 | 4-16-13 |
| 335b | Photograph Oscar Omar Trevino Morales | | 4-16-13 | 4-16-13 |
| 335c | Photograph Jose Trevino Morales | | 4-17-13 | 4-17-13 |
| 335d | Photograph Zulema Trevino | | 4-17-13 | 4-17-13 |
| 335e | Photograph Carlos Miguel Nayen Borbolla | | 4-17-13 | 4-17-13 |
| 335f | Photograph Franciso Antonio Colorado Cessa | | 4-17-13 | 4-17-13 |
| 335g | Photograph Fernando Solis Garcia | | 4-17-13 | 4-17-13 |
| 335h | Photograph Victor Manuel Lopez | | 4-17-13 | 4-17-13 |
| 335i | Photograph Sergio Rogelio Guerrero Rincon | | 4-17-13 | 4-17-13 |
| 335j | Photograph Adan Farias | | 4-17-13 | 4-17-13 |
| 335k | Photograph Eusevio Maldonado Huitron | | 4-17-13 | 4-17-13 |
| 335l | Photograph Felipe Alejandro Quintero | | 4-17-13 | 4-17-13 |
| 335m | Photograph Raul Ramirez | | 4-17-13 | 4-17-13 |
| 335n | Photograph Luis Gerardo Aguirre | | 4-17-13 | 4-17-13 |
| 335o | | | | |
| 335p | Photograph Jesus Maldonado Huitron | | 4-17-13 | 4-17-13 |
| 335q | Photograph Alexandra Garcia Trevino | | | |
| | | | | |
| 351 | | | | |
| 352 | CTRs on Lopez and Huitron | | | |
| 352a-c | Backup certification on CTR | | 4-25-13 | 4-25-13 |
| 353a-j | TX Sec of State Tremor, Huitron Homes, Huitron Painting, Desiree Princess, Poker Ranch, Fast And Furious, Bonanza Racing Stables, Carmina, Garcia (b-j) Bloodstock, Sa | | 4-17-13 / 5-1-13 | 4-17-13 / 5-1-13 |
| 354 | Hernando Guerra's records | | 4-18-13 | 4-18-13 |
| 355 | Caberra pocket trash on 9/21/11 | | 4-17-13 | 4-17-13 |
| 356 | IDEN SIM Exam Report/Farias phone dump upon arrest in 6/12 | | 4-23-13 | 4-23-13 |
| 357 | IDEN SIM Exam Report/Huitron | | 4-25-13 | 4-25-13 |
| | | | | |
| 358 | Email Accounts: | | | |

| | | | | |
|---|---|---|---|---|
| 358a Demonstrative | CD containing Hotmail accounts: adanfariasracing, ahaly_faces, anri2319, cabrera_armando, carlosnayen, fernie 0004, horses.quarter,racing, mr_cabrera, nayen_0 | 4-25-13 | 4-25-13 | |
| Demonstrative 358b | CD containing Yahoo account: zule_farms | 4-25-13 | 4-25-13 | |
| 358c Demonstrative | CD containing Gmail account: adanfarias1533, ffracingstables, miguel,almazan | 4-25-13 | 4-25-13 | |
| 358d | Transcript of fernie004@hotmail | 4-25-13 | 4-25-13 | |
| 358e | Transcript of horse.quarter.racing@hotmail | 4-25-13 | 4-25-13 | |
| 358f | Transcript of mr_cabrera@hotmail | 4-25-13 | 4-25-13 | |
| 358g | Transcript of anri2319@hotmail | 4-24-13 | 4-24-13 | |
| 358h | Transcript of ffracingstables@gmail | 4-24-13 | 4-24-13 | |
| 358i | Transcript of zule_farms@yahoo | 4-25-13 | 4-25-13 | |
| 358j | Transcript of ahaly_faces@hotmail | 4-25-13 | 4-25-13 | |
| 358k | Transcript of sergio_rincon73@hotmail | 4-25-13 | 4-25-13 | |
| 358l | Transcipt of miguel.almazan@gmail | 4-25-13 | 4-25-13 | |
| 358m | Certification of transcripts | 4-25-13 | 4-25-13 | |
| 359a-b | Photos (2) | 4-22-13 | 4-22-13 | |
| 360 | Calls between source and defendants | | | |
| 360a | CD containing consentual calls between source and defendants | 4-29-13 | 4-29-13 | |
| 360b | Transcirpt of call | 4-29-13 | 4-29-13 | |
| 360c | Handwritten notes of source on transcript | | | |
| 361 | Marriage Certificate for Nayen | 4-22-13 | 4-22-13 | |
| 362a | OK Sec of State: Zule Farms | 4-17-13 | 4-17-13 | |
| 362b | OK Sec of State: 66 Land | 4-17-13 | 4-17-13 | |
| 363a | AT&T toll records on Fernando Garcia | | | |
| 363b | Sprint toll records on Fernando Garcia | | | |
| 363c | Chart on phone tolls - FBI to get | | | |
| 364 | **Computer Images** | | | |
| 364 (OK) | OK | | | |
| 364 (OK)a | CD of OK computer(s) Demon. | 5-1-13 | 5-1-13 | |
| b - t | Images | 5-1-13 | 5-1-13 | |
| 364(OK)+ | Photo of Reson-Aguilar | 4-29-13 | 4-29-13 | |
| | | 5-1-13 | 5-1-13 | |
| 364 (ATX)a | CD of Austin computer(s) Demon. | 5-1-13 | 5-1-13 | |
| 364 (ATX) b-w | Images | 5-1-13 | 5-1-13 | |
| 364(ATX)cc | Images offered by Jesus Huitron | 4-30-13 | 4-30-13 | |
| 364 (CA) | California | | | |
| 364(CA) a | CD of California computer(s) Demonstrative | 5-1-13 | 5-1-13 | |
| 364(CA) b-h | Images | 5-1-13 | 5-1-13 | |
| 364 (NM) | New Mexico | | | |
| 364 (NM) a | CD of New Mexico computer(S) Demonstrative | 5-1-13 | 5-1-13 | |

| | | | |
|---|---|---|---|
| 432 | Photo re: Chard Reid | 5-2-13 | 5-2-13 |
| 433 | Handwritten note from Jesus Huitron | 5-2-13 | 5-2-13 |
| 424 | Jobs by horses' names | 5-1-13 | 5-1-13 |
| 425 | Aav of handwritten notes | 5-1-13 | 5-1-13 |
| 364 (NM) b-ddd | dImages from NM computer | 5-1-13 | 5-1-13 |
| | | | |
| 365(a-c) | Photos (Driver's License, Chevy Truck, Jose Trevino Morales) | 4-19-13 | 4-19-13 |
| 365 | CD - OK City airport stop | 4-19-13 | 4-19-13 |
| 366 | Cert of Formation for Fast and Furious (Guerra) 2/16/10 | 4-18-13 | 4-18-13 |
| 367 | First National Bank statement for purchase of Snowy Fling | 4-17-13 | 4-17-13 |
| 368 | Transcript of Detention Hrg for Huitron: June 2012 (Jesus' testimony)   (Redacted) | 4-30-13 | 4-30-13 |
| 369 | | | |
| 370a-p | OK Search Warrant Photos/Diagram | 4-19-13 | 4-19-13 |
| 371a-c | New Mexico SW photos | 4-25-13 | 4-25-13 |
| 372a-i | Austin SW photos | 4-25-13 | 4-25-13 |
| 373a-f | Surveillance photos of Lopez money drop | 5-1-13 | 5-1-13 |
| 374a-c | Surveillance photos of Lopez money drop 1/21/2011 | 5-1-13 | 5-1-13 |
| 375a-b | Surveillance photos on Retama Park | 5-1-13 | 5-1-13 |
| 376a-e | Surveillance photos on Ruidoso Park 8/19/10 | 4-30-13 | 4-30-13 |
| 377a-h | Surveillance photos on Ruidoso Park 9/10/10 | 4-30-13 | 4-30-13 |
| 378a-g | Surveillance photos on All American 9/6/10 | 4-30-13 | 4-30-13 |
| 379a-b | Surveillance photos on 2011 sale | 4-19-13 | 4-19-13 |
| 380 | Map  Demonstrative | 5-1-13 | 5-1-13 |
| 381a | T-III CD | 4-25-13 | 4-29-13 |
| 381b | T-III Transcript | 4-25-13 | 4-25-13 |
| 400 | Money M. Villarreal gave to Mauricio Paez | adm 4-17-13 | 4-17-13 |
| 402 | Gov. USA Notes - Handwritten - Demonstrative | 4-18-13 | 4-18-13 |
| 403 | Form 8300 - Demonstrative | 4-19-13 | 4-19-13 |
| 404 | Demonstrative - Gov. Handwritten | 4-19-13 | 4-19-13 |
| 405 | Stipulation | 4-22-13 | 4-22-13 |
| Count 10h 3 - 407 | Transcript re: Hector Moreno | 4-22-13 | 4-22-13 |
| 406 | Forty (XL) (Demonstrative) | 4-22-13 | 4-22-13 |
| 408 | Form (Demonstrative) Acknowledgement of Purchase | 4-22-13 | 4-22-13 |
| 401 | Landborder Secondary Inspection (Substitute unredacted) | 4-22-13 | 4-22-13 |
| 409 | Demonstrative (Handwritten notes) | 4-23-13 | 4-23-13 |
| 415 | Arrival Record 2012 Sales Prep | 4-23-13 | 4-23-13 |
| 417 | Spreadsheet re: Colorado-Cessa (Promissory note) | 4-24-13 | 4-24-13 |
| 404b | Chart of Timeline of Events (Demon) | 4-24-13 | 4-24-13 |
| 404a | Demonstrative chart - cash flow analysis (Demon) | 4-24-13 | 4-24-13 |
| 419 | Picture - Ramiro Villarreal photo | 4-25-13 | 4-25-13 |
| 422 | List of Transactions (Demonstrative) | 4-25-13 | 4-25-13 |
| 420 | Currency Transaction Report (Demonstrative) | 4-25-13 | 4-25-13 |
| 416 | Map of Bank branches (Demonstrative) | 4-25-13 | 4-25-13 |
| 418a-c | Photos of consent search on Seeling Dr. ((Clevo Huitron's) House) | 4-25-13 | 4-25-13 |
| 423 | Photo - Demonstrative (Ruidoso Downs org) | 4-29-13 | 4-29-13 |
| 426 | Proffer Letter to Victor Rocha | 4-29-13 | 4-29-13 |
| 428 | Demonstrative re: Mares, 35-chart | 4-30-13 | 4-30-13 |
| 430 | CTR Records | 4-30-13 | 4-30-13 |
| 405a | List of all searches | 5-1-13 | 5-1-13 |