UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

V.                                                                                                    A-12-CR-210-SS

FRANCISCO COLORADO CESSA

## SENTENCING MEMORANDUM

Francisco Colorado, through his attorneys Mike DeGeurin and Andres Sanchez, files this sentencing memorandum which includes a video exhibit for the Court's consideration at sentencing.

Submitted with this filing is a video presentation with information relevant to Colorado's company, ADT Petroservicios, C.V., and his character for social responsibility. Additionally, the video addresses the allegation in the indictment that ADT was a front company for the Zetas. DVDs containing a copy of the video have been sent to the District Clerk, Court and government via Federal Express. The video permits Colorado to efficiently present information to the Court that would otherwise require extensive travel, significant court time and translation.

A second memorandum will be filed containing letters and argument in support of sentencing. The letters Colorado has collected are currently being translated and are not now ready for submission.

Respectfully submitted,

/s/ *Mike DeGeurin*
Mike DeGeurin
Foreman DeGeurin & DeGeurin
Texas State Bar No. 05637500
300 Main, Floor 3
Houston, Texas 77002
(713) 655-9000, Telephone
(713), Facsimile

/s/ *Andres Sanchez*
M. Andres Sanchez-Ross
Texas State Bar No. 24056262
300 Main, Floor 3
Houston, Texas 77002
(713) 655-9000, Telephone
(713), Facsimile
   Lawyers for Francisco Colorado Cessa

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties to this lawsuit through the court's electronic case filing system.  Undersigned counsel is unaware of any parties to this lawsuit that do not subscribe to the court's electronic case filing system.

/s/ *Andres Sanchez*
M. Andres Sanchez-Ross

2